EXHIBIT P

McGuireWoods LLP
888 16th Street N.W. #500
Washington, DC 20006
Phone: 202.857.1700
www.mcguirewoods.com

**Michael Francisco**
Direct: 202.857.1722

McGUIREWOODS

mfrancisco@mcguirewoods.com

November 26, 2021

VIA EMAIL

Honorable Bennie G. Thompson, Chairman
Honorable Liz Cheney, Vice Chair
Select Committee to Investigate the January 6th Attack on the United States Capitol
U.S. House of Representatives
1540A Longworth House Office Building
Washington, DC 20515

Re: *Subpoenas Served on Honorable Mark R. Meadows – Request for Production of Documents*

Dear Chair Thompson and Vice Chair Cheney:

  On behalf of our client, the Honorable Mark R. Meadows, I write in response to the subpoena from the Select Committee on Finance dated September 23, 2021, and to your letter of November 23, 2021. As described below, Mr. Meadows is today making an initial production of documents in response to the subpoena and will continue working with the Select Committee to complete his response in a timely fashion. This initial production includes 1,139 documents and 6,836 pages.

  As previously discussed, we believe that the vast majority of the documents responsive to the Select Committee's subpoena are Presidential records now in the custody and control of the Archivist. We have nevertheless undertaken a review of Mr. Meadows's personal devices and accounts to ascertain whether there are any responsive documents that remain in his custody and control. Previously we committed to producing any responsive, non-privileged documents that we identify. The documents included in today's production were collected from Mr. Meadows's personal Gmail account.

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.

Select Committee to Investigate the January 6th Attack on the United States Capital
November 26, 2021 – Documents
Page 2

    This production is based on our careful review of all incoming and outgoing messages in Mr. Meadows personal Gmail account between the dates of November 3, 2020 to January 21, 2021. In response to the Committee's focus on this time frame in its subpoena, the review was done for all emails in this entire date range instead of through application of more limited search terms, for instance.

    These documents are being produced in response to the Select Committee's subpoena. This letter and its attachments, any copies thereof, and any past or future correspondence regarding this matter, are not intended to waive any of Mr. Meadows's privileges or rights. They should not be construed as a waiver of any privilege or right. To the extent that we have identified responsive documents that are nevertheless privileged, we are providing a privilege log in connection with the production that identifies the documents withheld and the nature of the privileges asserted.

    The materials included in today's production are produced in electronic format and Bates numbered: MM000001 through MM010784. The production file is password protected. We will provide instructions on accessing the production by separate email, and you should not hesitate to contact us should any issues arise.

    This production and our related correspondence may include sensitive personal information. We respectfully request that these materials, including this letter and our other correspondence with the Select Committee and its staff, be treated as confidential under the House Rules; that they be afforded the fullest protection available by law and policy; and that they be treated as confidential and exempt from disclosure beyond the Select Committee. The production of any privileged or otherwise protected information which is not responsive to the subpoena is unintentional, and we request the prompt return of any such information if identified or upon our request. We further request that confidential treatment be accorded to any notes, memoranda, or other records created by or at the direction of the Select Committee or employees that reflect, refer, or relate to this letter or to any portion of the enclosed productions.

    Please promptly inform me, at the address and phone number listed above, of any request seeking access to the documents or any of the above-mentioned records, including this letter, to enable us to substantiate the grounds for confidential treatment, unless the Select Committee intends to deny such request for access. At the conclusion of the Select Committee's review of the enclosed documents, we request that all copies be returned to me at the address above.

    In addition, we will review text messages and other potentially responsive information from Mr. Meadows' personal cell phone. As of the date of this initial production, we have encountered technical challenges that have prevented us from reviewing these materials for potentially responsive documents. We have previously explained to staff that Mr. Meadows did not retain his cell phone after January 2021. However, some information may have been retained in the form of a backup data set from the phone. After our initial efforts to access that backup were unsuccessful, we have retained a new outside vendor to assist us in our efforts to access and review the material. We expect to have a more detailed update on the status of this data next week. We continue to use substantial diligence to seek to obtain any potentially responsive material.

Select Committee to Investigate the January 6th Attack on the United States Capital
November 26, 2021 – Documents
Page 3

      If you have any questions regarding the enclosed materials or any issues relating to this matter, please do not hesitate to contact me.

Sincerely yours,

*[signature]*

Michael Francisco[*]

cc:    Honorable Timothy J. Heaphy, Chief Investigative Counsel
        Honorable John F. Wood, Senior Investigative Counsel

---

[*] Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar