IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21-cv-03217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**NOTICE OF APPEARANCE**

I, Brooks H. Spears, hereby enter my appearance as counsel in the above-captioned case for Plaintiff, the Honorable Mark Meadows. Please send future notices in this matter to:

> Brooks H. Spears (BAR ID:  VA105)
> McGuireWoods LLP
> 1750 Tysons Boulevard, Suite 180
> Tysons, VA  22102
> Phone:  (703) 712-5000
> Fax:  (703) 712-5282
> bspears@mcguirewoods.com

Respectfully submitted,

/s/ Brooks H. Spears
Brooks H. Spears (BAR ID:  VA105)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA  22102
Phone:  (703) 712-5000
Fax:  (703) 712-5282
bspears@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I caused the foregoing Notice of Appearance to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

/s/ Brooks H. Spears
Brooks H. Spears