# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

__MARK R. MEADOWS__
    Plaintiff(s)

vs.                                                  Civil Action No.  __1:21-cv-3217__

__NANCY PELOSI, et al.__
    Defendant(s)

## AFFIDAVIT OF MAILING

I,  __Brooks H. Spears__ , hereby state that:

On the  __15th__  day of  __December__ ,  __2021__ , I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following gent, who is authorized to accept service on behalf of defendants Nancy Pelosi, Bennie G. Thompson, Elizabeth L. Cheney, Adam B. Schiff, Jamie B. Raskin, Susan E. Lofgren, Elaine G. Luria, Peter R. Aguilar, Stephanie Murphy, Adam D. Kinzinger, and the Select Committee to Investigate the January 6th Attack on the United States:

Douglas N. Letter<br>
U.S. House of Representatives<br>
Office of General Counsel<br>
219 Cannon House Office Building

The United States Postal Service is unable to locate the receipt for the certified mail, No. __70172680000012948652__ , but I have received a confirmation via tracking (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the  __16th__  day of  __December__ ,  __2021__ .

I declare under penalty of perjury that the foregoing is true and correct.

      January 11, 2022                                        /s/ Brooks H. Spears
             (Date)                                                (Signature)

# USPS Tracking

FAQs >

**Track Another Package** +

**Tracking Number:** 70172680000012948652                                Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:35 am on December 16, 2021 in WASHINGTON, DC 20515.

## ✓ Delivered, Front Desk/Reception/Mail Room

December 16, 2021 at 11:35 am
WASHINGTON, DC 20515

Get Updates ˅

---

| Text & Email Updates | ˅ |

---

| Tracking History | ˄ |

**December 16, 2021, 11:35 am**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20515
Your item was delivered to the front desk, reception area, or mail room at 11:35 am on December 16, 2021 in WASHINGTON, DC 20515.

**December 16, 2021, 7:57 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

| Product Information | ˄ |

Feedback

**Postal Product:** **Features:**
Certified Mail™

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback