IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MEADOWS,

            *Plaintiff*,

v.

NANCY PELOSI, *et al.*,

            *Defendants*.

No. 1:21-cv-03217 (CJN)

**CONSENT MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 4), Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol move for an extension of time to respond to Plaintiff's Complaint.

Plaintiff Mark Meadows filed his Complaint (ECF No. 1) on December 8, 2021. Pursuant to Federal Rule of Civil Procedure 12(a)(3), the response to Plaintiff's Complaint is currently due on February 18, 2022, 60 days after service of the summons and original complaint on the U.S. Attorney for the District of Columbia. *See* ECF No. 7; *see also* Fed. R. Civ. P. 12(a)(3). Defendants seek a 14-day extension of the deadline to respond to the Complaint, until **March 4, 2022**.

Defendants, all Members of Congress, are actively engaged in studying the various alternatives in the litigation and need more time, in light of their schedules and official travel, prior to responding.  Given the nature of these discussions and the other litigation currently underway, Defendants were unable to comply with the four-day requirement set out in the Court's Standing Order.  No other extensions of time have been sought in this case and there are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), the parties' counsel conferred about a proposed extension of time, and Plaintiff consents to a 14-day extension.

Respectfully submitted,

/s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
Michelle S. Kallen (D.C. Bar No. 1030497)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants*

February 15, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2021, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
