IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MEADOWS,

        *Plaintiff*,

v.

NANCY PELOSI, *et al.*,

        *Defendants*.

No. 1:21-cv-03217 (CJN)

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

It is ORDERED that the consent motion of Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol for a 14-day extension to respond to Plaintiff's Complaint is GRANTED.

Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint is extended to March 4, 2022.

It is so ORDERED.

Dated: _____          _____
                                                     Judge Carl J. Nichols
                                                     UNITED STATES DISTRICT COURT JUDGE