IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**UNCONTESTED MOTION TO EXTEND DEADLINES FOR AMENDED COMPLAINT AND JOINT REPORT AND PROPOSED SCHEDULING ORDER**

Plaintiff Mark Meadows ("Plaintiff"), pursuant to LCvR 7 and the Court's Standing Order for Civil Cases (ECF No. 4 ¶ 9), files this <u>uncontested</u> motion for an extension of the deadlines (i) for Plaintiff to file his amended complaint as a matter of right, and (ii) for the parties to submit a joint meet and confer report and proposed scheduling order.

1. The original deadline for Defendant to answer Plaintiff's complaint was February 18, 2022.

2. On February 15, Defendants sought Plaintiff's consent to a two-week extension of that deadline. Plaintiff promptly consented to Defendants' request.

3. On February 15, three days before their deadline, Defendants filed a consent motion for the two-week extension, which the Court granted on February 17.

4. Pursuant to their extension, as granted by the Court, Defendants answered Plaintiff's complaint on March 4.

5. On March 9, the Court ordered the parties to submit a "Joint Meet and Confer Report" and a "proposed scheduling order" no later than March 25.

6. The following day, Plaintiff's counsel sought Defendants' consent to extend the 21-day period to amend his complaint as a matter of course under Fed. R. Civ. P. 15(a)(1)(B). In the same correspondence, Plaintiff's counsel also explained that it would make sense to delay the parties' Fed. R. Civ. P. 26(f) conference and the submission of a joint meet and confer report and proposed scheduling order until after the pleadings are amended.

7. Plaintiff's counsel remained in regular contact with Defendants' counsel regarding the suggestion of extending the relevant deadlines. Defendants' counsel did not provide a firm response to Plaintiff's request until the afternoon of March 22. On that date, Defendants' counsel represented that Defendants <u>do not contest</u> either (i) a one-week extension of the Fed. R. Civ. P. 15(a)(1)(B) deadline for amending the complaint as of right, or (ii) an extension of the deadline for submitting a joint meet and confer report and proposed scheduling order.

8. Whereas Defendants provided a definitive response on the afternoon of March 22, Plaintiff could not comply with the Court's directive to file his extension request at least four days in advance of the deadline.

9. No party has previously sought an extension of either the deadline to amend or the deadline to submit a joint meet and confer report and proposed scheduling order.

10. Good cause exists for this extension request because Plaintiff intends to amend his complaint to include facts that had not occurred at the time he filed his original complaint. Good cause also exists for extending the deadline for the submission of the joint meet and confer report and proposed scheduling order, as the parties' discovery plan and proposed deadlines will be materially affected by the amended pleadings.

11. The requested extensions will not affect any other deadlines in this case; indeed, no other deadlines have been set.

12. Wherefore, Plaintiff asks the Court (i) to extend the Fed. R. Civ. P. 15(a)(1)(B) deadline for the amendment of Plaintiff's complaint up to and including April 1, 2022, and (ii) to extend the deadline for the submission of the joint meet and confer report and proposed scheduling order until two weeks after the amended pleadings have closed.  A proposed order is attached to this uncontested motion.

Dated: March 22, 2022

Respectfully submitted,
MARK MEADOWS
*By Counsel*

/s/ George J. Terwilliger III
George J. Terwilliger III
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com

Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that, on March 22, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ George J. Terwilliger III