IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> NANCY PELOSI, et al., ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 1:21CV3217 (CJN) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNCONTESTED
MOTION TO EXTEND DEADLINES FOR AMENDED COMPLAINT
AND JOINT REPORT AND PROPOSED SCHEDULING ORDER**

On March 22, 2022, Plaintiff Mark Meadows filed an Uncontested Motion to Extend Deadlines for Amended Complaint and Joint Report and Proposed Scheduling Order. Defendants do not contest Plaintiff's requested extensions. Having considered the motion, and for good cause shown, the Court GRANTS Plaintiff's motion and EXTENDS the deadlines as follows:

- Plaintiff shall amend his complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) on or before April 1, 2022;

- Defendants shall respond to the amended complaint on or before April 22, 2022; and

- The parties shall submit the "Joint Meet and Confer Report" and the "proposed scheduling order," as described in the Minute Order of March 9, 2022, within two weeks from the date that Defendants answer Plaintiff's amended complaint.

It is so ORDERED.

Dated: _____          _____
                                                The Hon. Carl J. Nichols
                                                U.S. District Judge