**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**INDEX OF EXHIBITS TO FIRST AMENDED COMPLAINT**

| Exhibit A | Subpoena and Cover Letter to M. Meadows (9/23/21) |
|---|---|
| Exhibit B | Letter from G. Terwilliger to Select Committee (10/7/21) |
| Exhibit C | Letter from G. Terwilliger to D. Remus (10/11/21) |
| Exhibit D | Letter from Select Committee to G. Terwilliger (10/25/21) |
| Exhibit E | First Letter from G. Terwilliger to Select Committee (11/3/21) |
| Exhibit F | Second Letter from G. Terwilliger to Select Committee (11/3/21) |
| Exhibit G | Letter from Select Committee to G. Terwilliger (11/5/21) |
| Exhibit H | Letter from G. Terwilliger to Select Committee (11/8/21) |
| Exhibit I | Letter from Select Committee to G. Terwilliger (11/9/21) |
| Exhibit J | Letter from G. Terwilliger to Select Committee (11/10/21) |
| Exhibit K | Letter from Select Committee to G. Terwilliger (11/11/21) |
| Exhibit L | Letter from The White House to G. Terwilliger (11/11/21) |
| Exhibit M | Letter from G. Terwilliger to Select Committee (11/19/21) |
| Exhibit N | Letter from Select Committee to G. Terwilliger (11/22/21) |

| Exhibit O | Letter from G. Terwilliger to Select Committee (11/26/21) |
|---|---|
| Exhibit P | Letter from M. Francisco to Select Committee (11/26/21) |
| Exhibit Q | Letter from Select Committee to G. Terwilliger (11/28/21) |
| Exhibit R | Letter from M. Francisco to Select Committee (12/3/21) |
| Exhibit S | Subpoena to Verizon (11/22/21) and Letter from Verizon to M. Meadows (12/2/21) |
| Exhibit T | Letter from G. Terwilliger to Select Committee (12/7/21) |