# EXHIBIT B

McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, DC 20006
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

**George J. Terwilliger III**
Direct: 202.857.2473

McGUIREWOODS

gterwilliger@mcguirewoods.com
Fax: 202.828.2965

October 7, 2021

Honorable Bennie G. Thompson, Chairman
Honorable Liz Cheney, Vice Chair
Select Committee to Investigate the January 6th Attack on the United States Capitol
U.S. House of Representatives
1540A Longworth House Office Building
Washington, DC  20515

Re:     Subpoenas Served on Honorable Mark R. Meadows

Dear Chair Thompson and Vice Chair Cheney:

Please be advised that I have been retained to serve as counsel to Mr. Meadows in connection with the January 6th Select Committee's investigation and specifically, Committee subpoenas served on Mr. Meadows.

Inasmuch as I was retained yesterday in this matter, please understand that my opportunity to, on behalf of my client, begin our cooperation with your investigation has been extremely limited. Nonetheless, I can inform the Committee of the following in response to the subpoena for production of documents with a return date of October 7, 2021.  We believe that any documents responsive to that subpoena would not be in Mr. Meadows personal care, custody or control, but rather would be in the possession of the Archivist of the United States pursuant to the Presidential Records Act of 1978, 44 U.S.C. §§ 2201-2207.  Despite that belief, we are undertaking due diligence to ascertain whether Mr. Meadows is in personal possession of any responsive documents and will report further to the Committee in that regard as soon as we have any pertinent and/or definitive information.

As to the subpoena for testimony with a return date of October 15, 2021, I anticipate being in touch forthwith with the Committee's investigative staff in that regard.

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.

Select Committee to Investigate the January 6th Attack on the United States Capitol
October 7, 2021
Page 2

Sincerely yours,

*[signature]*

George J. Terwilliger III

cc: Honorable Timothy J. Heaphy, Chief Investigative Counsel
Honorable John F. Wood, Senior Investigative Counsel