EXHIBIT F

McGuireWoods LLP
888 16th Street N.W.
Suite 500
Washington, DC 20006
Phone: 202.857.1700
Fax: 202.857.1737
www.mcguirewoods.com

**George J. Terwilliger III**
Direct: 202.857.2473

gterwilliger@mcguirewoods.com
Fax: 202.828.2965

# McGuireWoods

November 3, 2021

VIA EMAIL

Honorable Bennie G. Thompson, Chairman
Honorable Liz Cheney, Vice Chair
Select Committee to Investigate the January 6th Attack on the United States Capital
U.S. House of Representatives
1540A Longworth House Office Building
Washington, DC  20515

Re:   Subpoenas Served on Honorable Mark R. Meadows

Dear Chair Thompson and Vice Chair Cheney:

I write on behalf of Mr. Meadows in response to the request for production of documents in the Select Committee's subpoena.  In your letter of October 25, 2021, you indicated that you were extending the return date for the production of documents to Friday, November 5, 2021.

As I previously indicated in my letter of October 7, 2021, we believe that documents responsive to that subpoena are not in Mr. Meadows's personal custody or control, but rather are in the possession of the Archivist of the United States pursuant to the Presidential Records Act of 1978, 44 U.S.C. §§ 2201-2207.  We understand that the Select Committee has separately requested those records from the Archivist and that production of those letters is a current subject of litigation in the U.S. District Court for the District of Columbia.  *See Trump v. Thompson*, No. 1:21-cv-2769-TSC (D.D.C.).  Mr. Meadows is not a party to that litigation, though we understand that at least some of the documents at issue are from his former records.  To the extent that responsive documents reside with the Archivist, they are outside Mr. Meadows's custody and control, and he is therefore unable to produce them in response to the Select Committee's subpoena.  We expect that the Select Committee will obtain any portions of Mr. Meadows's former records to which it may be entitled through its request to the Archivist, subject to any applicable rulings from the courts.

Select Committee to Investigate the January 6th Attack on the United States Capital
November 3, 2021
Page 2

As I further indicated in my October 7 letter, and as I have explained our process to the Select Committee's counsel again this week, we are diligently taking steps to confirm that Mr. Meadows does not retain custody and control over documents that are responsive to the Select Committee's request, including through review of personal e-mail accounts and electronic devices. To date, we have not identified any such documents and therefore have no documents to produce. If we do discover any responsive, non-privileged documents, however, we will be prepared to produce them.

To summarize, we are not aware at this time of any documents that are responsive to the Select Committee's subpoena and maintained in Mr. Meadows's custody or control. We therefore have no documents to produce to the Select Committee this Friday, November 5. We are, however, diligently taking steps to confirm that no such documents exist. And we agree that we would produce any responsive, non-privileged documents we might find. I would be happy to discuss these matters further with you or with the Select Committee's investigative staff.

Sincerely yours,

George J. Terwilliger III


cc:     Honorable Timothy J. Heaphy, Chief Investigative Counsel
        Honorable John F. Wood, Senior Investigative Counsel