IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MEADOWS,

           *Plaintiff*,

v.                                      No. 1:21-cv-03217 (CJN)

NANCY PELOSI, *et al.*,

           *Defendants*.

**CONSENT MOTION TO FILE AN OVERSIZED MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(e), Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, by and through their counsel, respectfully request leave to exceed the page limit for their Memorandum in Support of Defendants' Motion for Summary Judgment. Defendants request that leave be granted to file a memorandum that does not exceed 60 pages.

Undersigned counsel has conferred with Plaintiff's counsel with respect to the relief requested herein. Plaintiff's counsel has advised that Plaintiff consents to the relief sought.

## MEMORANDUM IN SUPPORT

Due to the immense importance of the work of the House of Representatives Select Committee to Investigate the January 6th Attack on the Capitol, the factual and legal complexity of the issues raised in Plaintiff's Complaint, and the need to ensure that the Court has all the relevant information and arguments before it, Congressional Defendants submit that additional pages are necessary to appropriately address all of the arguments raised by Plaintiff's Complaint in its Motion for Summary Judgment.

Defendants have worked diligently to stay within the confines of this Court's rules. However, the circumstances of the case, the number and complexity of the legal issues involved, and the desire to ensure the Court has full information made it impracticable to comply with otherwise applicable Local Civil Rule 7(e).

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter
  *General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Defendants*

April 22, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, I caused the foregoing to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
