IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS,<br><br>　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>NANCY PELOSI, *et al.*,<br><br>　　　　　　　*Defendants*. | No. 1:21-cv-3217-CJN |

**[PROPOSED] ORDER GRANTING DEFENDANTS' CONSENT
MOTION FOR ADDITIONAL PAGES**

It is ORDERED that the consent motion of Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol for leave to file an overlength memorandum in support of their Motion for Summary Judgment not to exceed 60 pages is GRANTED.

It is so ORDERED.

Dated: _____			_____
				Judge Carl J. Nichols
				UNITED STATES DISTRICT COURT JUDGE