IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, )<br>)<br>      *Plaintiff*, )<br>)<br>    v. )<br>)<br>NANCY PELOSI, et al. )<br>)<br>      *Defendants*. )<br>) | Case No. 1:21-cv-3271-CJN |

## DECLARATION OF TIMOTHY J. HEAPHY

I, Timothy J. Heaphy declare as follows:

    1.    I am Chief Investigative Counsel, Select Committee to Investigate the January 6th Attack on the U.S. Capitol, U.S. House of Representatives.

    2.    I make this declaration in support of the Memorandum and Points of Authorities in Support of Defendants' Motion for Summary Judgment

    3.    Attached hereto as Exhibit A is a true and accurate copy of an email from a personal email account associated with Mark Meadows to senior Trump re-election campaign official Jason Miller on December 6, 2020 at 4:39:40 PM, produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol with the beginning number MM003769.

    4.    Attached hereto as Exhibit B is a true and accurate copy of the transcript of the House Select Committee to Investigate the January 6th Attack on the United States Capitol, Business Meeting on a Report Recommending that the House of Representatives Cite Mark Randall Meadows for Criminal Contempt of Congress, 117th Cong., 1st sess., (Dec. 13, 2021) (remarks of Rep. Liz Cheney of Wyoming).

5. Attached hereto as Exhibit C is a true and accurate copy of an email from a personal email account associated with Mark Meadows to senior Trump re-election campaign official Jason Miller on November 30, 2020 at 11:22:39 AM, produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol with the beginning number MM005257.

6. Attached hereto as Exhibit D is a true and accurate copy of an email from a personal email account associated with Mark Meadows to senior Trump re-election campaign official Jason Miller on December 6, 2020 at 9:54:21 AM, produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol with the beginning number MM005596.

7. Attached hereto as Exhibit E are true and accurate copies of the privilege logs relating to emails withheld from production that were provided to Select Committee staff by counsel to Mark Meadows on November 26, 2021, and on December 3, 2021.

8. Attached hereto as Exhibit F is a true and accurate copy of certain text messages produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as MM014907 and MM014908. Information developed by the Select Committee's investigation indicates that these text messages were exchanged between Mark Meadows and Laura Ingraham, Fox News Channel Host.

9. Attached hereto as Exhibit G is a true and accurate copy certain pages from the transcript of the continued interview of Cassidy Hutchinson by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on March 7, 2022.

10. Attached hereto as Exhibit H is a true and accurate copy of certain text messages produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as MM014925 and MM014926.

Information developed by the Select Committee's investigation indicates that these text messages were exchanged between Mark Meadows and Donald Trump, Jr.

11. Attached hereto as Exhibit I is a true and accurate copy of certain pages from the transcript of the deposition of Keith Kellogg, Jr. by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on December 14, 2021.

12. Attached hereto as Exhibit J is a true and accurate copy of a certain text message produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as MM014456. Information developed by the Select Committee's investigation indicates that this text message was exchanged between Mark Meadows and Sean Hannity, Fox News Channel Host.

13. Attached hereto as Exhibit K is a true and accurate copy of certain text messages produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as MM014858 and MM014859. Information developed by the Select Committee's investigation indicates that these text messages were exchanged between Mark Meadows and Sean Hannity, Fox News Channel Host.

14. Attached hereto as Exhibit L is a true and accurate copy of a certain text message produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as MM014503. Information developed by the Select Committee's investigation indicates that this text message was exchanged between Mark Meadows and Rep. Chip Roy.

15. Attached hereto as Exhibit M is a true and accurate copy of certain text messages produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as MM014864 and MM014869. Information developed by the Select Committee's investigation indicates that these text messages were exchanged between Mark Meadows and Rep. Jim Jordan.

16. Attached hereto as Exhibit N is a true and accurate copy of certain text messages produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as MM014567 through MM014571. Information developed by the Select Committee's investigation indicates that these text messages were exchanged between Mark Meadows and Jordan Fuchs, Deputy Secretary of State for Georgia.

17. Attached hereto as Exhibit O is a true and accurate copy of certain text messages produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol as MM014099, MM014100, MM014101, MM014102, MM014103, and MM014178. Information developed by the Select Committee's investigation indicates that these text messages were exchanged between Mark Meadows and Rep. Scott Perry.

18. Attached hereto as Exhibit P is a true and accurate copy of certain pages from the transcript of the interview of Cassidy Hutchinson by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on February 23, 2022.

19. Attached hereto as Exhibit Q is a true and accurate copy of certain pages from the transcript of the interview of Richard Peter Donoghue by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on October 1, 2022.

20. Attached hereto as Exhibit R is a true and accurate copy of a document produced to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol by the U.S. Department of Justice with the beginning number HCOR-Pre-CertificationEvents-0762021-000698.

21. Attached hereto as Exhibit S is a true and accurate copy of certain pages from the transcript of the interview of Jeffrey A. Rosen by the Select

Committee to Investigate the January 6th Attack on the U.S. Capitol on October 13, 2021.

22. Attached hereto as Exhibit T is a true and accurate copy of certain pages from the transcript of the interview of Christopher Charles Miller by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on January 14, 2022.

23. Attached hereto as Exhibit U is a true and accurate copy of certain pages from the transcript of the interview of Ryan McCarthy by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on February 4, 2022.

24. Attached hereto as Exhibit V is a true and accurate copy of an email from an email account associated with Phil Waldron to a personal email account associated with Mark Meadows on December 22, 2020 at 1:10:39 PM, along with the attachment thereto, produced by Mark Meadows to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol with the beginning numbers of MM002282 and MM002283.

25. Attached hereto as Exhibit W is a true and accurate copy of a letter from Douglas A. Collins to Jeff Clark dated August 2, 2021, which was provided to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol by counsel for Mr. Clark.

26. Attached hereto as Exhibit X is a true and accurate copy of certain pages from the transcript of the interview of Steven A. Engel by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on January 13, 2022.

27. Attached hereto as Exhibit Y is a true and accurate copy of certain pages from the transcript of the deposition of Jason Miller by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on February 3, 2022.

28.     Attached hereto as Exhibit Z is a true and accurate copy of certain pages from the transcript of the interview of Brad Raffensperger by the Select Committee to Investigate the January 6th Attack on the U.S. Capitol on November 30, 2021.

Executed on April 22, 2022, in Washington, DC.

*/s/ Timothy J. Heaphy*
Timothy J. Heaphy