IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-3271-CJN |
| | ) |
| NANCY PELOSI, et al. | ) |
| | ) |
| | ) |

# Exhibit D

Message
---

| | |
|---|---|
| **From:** | Mark Meadows [congressnc@gmail.com] |
| **Sent:** | 12/6/2020 9:54:21 AM |
| **To:** | Jason Miller [jmiller@donaldtrump.com] |
| **Subject:** | Fwd: GA --Documents and Talking points re: election contest -- |
| **Attachments:** | December 4, 2020 - Press Statement - R Smith.pdf; Untitled attachment 00028.htm; Exhibit 17 Appendix.pdf; Untitled attachment 00031.htm; Untitled attachment 00034.pdf; Untitled attachment 00037.htm; VERIFIED PETITION TO CONTEST GEORGIA ELECTION.pdf; Untitled attachment 00040.htm; Christian Adams Declaration GA.pdf; Untitled attachment 00043.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Mitchell, Cleta" <CMitchell@foley.com>
> **Date:** December 6, 2020 at 9:50:07 AM EST
> **To:** Mark Meadows <congressnc@gmail.com>
> **Subject: Fwd:  GA --Documents and  Talking points re: election contest --**
>
> This is what I prepared and sent to Sen Braun last night to help prepare him for ABC appearance this am.   Can the WH press office get and start using??
>
> Cleta Mitchell, Esq.
> Foley & Lardner, LLP
> cmitchell@foley.com
> 202.431.1950 (cell)
> 202.295.4081 (office)
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** "Mitchell, Cleta" <CMitchell@foley.com>
>> **Date:** December 5, 2020 at 9:42:00 PM EST
>> **To:** "Kelley, Joshua (Braun)" <Joshua_Kelley@braun.senate.gov>, Mike Braun <MikeK@meyerdistributing.com>
>> **Subject: GA --Documents and  Talking points re: election contest --**
>>
>> Here is the petition filed yesterday in GA -- it details the violations of the GA Election Code during the Nov 3 election.  If you read the introduction, it is the summary of the suit.  Exh 17 is the list of sworn affidavits from GA citizens about the violations they witnessed.  Signed under penalty of perjury.   The press statement is good talking points.  The memorandum of law is worth reading just to know we are not making up the law.  NOTE:  there is nothing in this suit regarding Dominion or China or Venezuela or any of that.  This is basic factual information, sworn to under penalty of perjury, of GA citizens who witnessed the violations -- along with data experts who examined and analyzed the GA voting records and files.
>>
>> Here are the key points:
>>
>> 1. the US Constitution gives the authority to state legislatures to appoint

presidential electors.
2. the legislatures determine the manner for choosing the electors.
3. the GA legislature (and other legislatures) have adopted election laws --to ALLOW citizens to participate. But that is not required in the Constitution.  in GA the legislature adopted the GA Election Code - allowing the citizens to express their will re the presidential electors.
4. In GA , as in the other states, the left wing groups and the Democratic party went around the legislatures all over the country to get judges and exec branch officials to create election procedures that violate the state laws enacted by the legislatures for choosing presidential electors. See the affidavit of Christian Adams
5. In GA, we have documented literally thousands of illegal votes that were cast, counted, and included in the tabulations - votes that violated the Election Code adopted by the legislature.
6. These illegal votes were outside the margin of victory in GA for Biden. Many times over.
7. The lawsuit filed on Fri by the Trump campaign is a GA election contest, provided in the GA statutes - in the Election Code. Every state has a provision allowing for a candidate or a voter to challenge the outcome of an election. That is what the GA Campaign has filed.
8. the statutory remedy under GA law is a new election - and we have more than met the burden under state law for a new election. And we have asked for a new election.
9 here, because it involves the presidential election, there is a time issue -- but there is also a constitutional remedy.
10. the Constitution vests the plenary power to choose presidential electors in the State Legislatures.  If the manner chosen by the legislature is not followed -- which is the case with -the Nov 3 general election -then the legislature must reclaim its constitutional authority and responsibility to do what the constitution requires:  appoint the presidential electors.

11. Trump campaign has asked the court -- state court in GA - alternative remedies:  1. Order a new election;  OR   2. enjoin the certification, because of all the illegal votes, and the failure of the Secretary of State and these counties to follow the Election Code - and let the legislature reclaim its constitutional authority and just determine the electors.

Look at the press statement also for bullet points re illegal votes.  We have a margin in GA of around 12,000 votes (that number keeps changing) - we have many more illegal votes than the margin -- and under GA state law, a new election is the remedy.

POINT:  AND THAT'S JUST IN GEORGIA....

I'm also attaching the sworn expert affidavit from Christian Adams - it describes the national plan by the Democrats to do in these key states the same thing they did in GA.

Hope this helps.   Talk tomorrow.  Cleta

MM005597

Cleta Mitchell, Esq.
Partner, Foley & Lardner LLP
3000 K Street, N.W. | Suite 600
Washington, DC 20007-5109
P 202.295.4081
C 202.431.1950
cmitchell@foley.com

View My Bio
Visit Foley.com

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.