**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-3271-CJN |
| ) | |
| NANCY PELOSI, et al. ) | |
| ) | |
| ) | |

# Exhibit E

# (Filed under Seal)