IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-3271-CJN |
| ) | |
| NANCY PELOSI, et al. ) | |
| ) | |
| ) | |

# Exhibit F

| BEGBATES | ENDBATES | All Custodians | MasterDate | Chat Name | Chat Message Type | Chat Direction | From | To | Extracted Text |
|---|---|---|---|---|---|---|---|---|---|
| MM014907 | MM014907 | Mark Meadows | 1/6/2021 14:32 | '+12024414487 | Message | Incoming | '+12024414487 | '+18282002544 | Hey Mark, The president needs to tell people in the Capitol to go home. |
| MM014908 | MM014908 | Mark Meadows | 1/6/2021 14:32 | '+12024414487 | Message | Incoming | '+12024414487 | '+18282002544 | This is hurting all of us |