IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MEADOWS,

    *Plaintiff*,

v.

NANCY PELOSI, et al.

Case No. 1:21-cv-3271-CJN

# Exhibit H

| BEGBATES | ENDBATES | All Custodians | MasterDate | Chat Name | Chat Message Type | Chat Direction | From | To | Extracted Text |
|---|---|---|---|---|---|---|---|---|---|
| MM014925 | MM014925 | Mark Meadows | 1/6/2021 14:53 | '+16464833417 | Message | Incoming | '+16464833417 | '+18282002544 | He's got to condem this shit. Asap. The captiol police tweet is not enough. |
| MM014926 | MM014926 | Mark Meadows | 1/6/2021 14:54 | '+16464833417 | Message | Outgoing | nccongressman@gmail.com | '+16464833417 | I am pushing it hard. I agree |