IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-3271-CJN |
| | ) |
| NANCY PELOSI, et al. | ) |
| | ) |
| | ) |

# Exhibit I

1

2

3

4

5

6  SELECT COMMITTEE TO INVESTIGATE THE

7  JANUARY 6TH ATTACK ON THE U.S. CAPITOL,

8  U.S. HOUSE OF REPRESENTATIVES,

9  WASHINGTON, D.C.

10

11

12

13  DEPOSITION OF:   KEITH KELLOGG, JR.

14

15

16

17                             Tuesday, December 14, 2021

18

19                             Washington, D.C.

20

21

22       The interview in the above matter was held in Room 4480, O'Neill House Office

23  Building, commencing at 10:02 a.m.

24       Present:   Representatives Aguilar and Cheney.

1    went over -- right over to the Oval -- to the West Wing and then into the Oval Office to

2    make sure everybody was tracking what was happening.   Because you try as the

3    national security guy making sure everybody has situational awareness.   Are you seeing

4    the same thing I'm seeing?   Are your TVs on and you're seeing it to make sure?

5         So I was tracking that with the Secret Service.   And I can't remember exactly the

6    time because, frankly, I wasn't paying attention to the time.   It was more so making sure

7    that everybody was in the loop.   Is this actually -- everybody tracking what's happening.

8         Ms. <u>Cheney.</u>   And so tell us what happened.   You said you went over to the

9    West Wing and walked through the lower lobby there?

10        The <u>Witness.</u>   I went -- well, I went -- actually, went right upstairs, the stairs to

11   the left, right up there, checked the national security office to find out was O'Brien in the

12   loop.   He was not.   Where Matt Pottinger was.   He was not in either.   And then went

13   from there to the Oval Office.

14        Ms. <u>Cheney.</u>   And when you went into the Oval Office, did you stop in the outer

15   Oval?

16        The <u>Witness.</u>   I always -- I stopped in the Oval.   Molly was there, Nick Luna was

17   there.   And, frankly, by that time I wasn't worried about anybody being a palace guard.

18   I just walked in.

19        And I believe Mark -- I believe Mark Meadows was already in the back room in the

20   Presidential dining room.   And I think I walked back in there and we were all watching

21   TV at the same -- we were all seeing the TV going on, seeing what's happening.

22        Ms. <u>Cheney.</u>   So you and Mark Meadows and the President were back in his

23   private dining room watching TV.   Is that what happened?

24        The <u>Witness.</u>   I was there and then I walked out of there.   The answer's yes and

25   no.   I didn't stay the entire time.   I walked out of there and walked back out.   And I'm

1   not sure exactly the timing, but I think by that time Kayleigh McEnany had come in and I

2   met her in the outer Oval.

3         Ma'am?

4         I think -- because I think -- my point was -- my belief at the time was, based on

5   personal experience, this had gotten out of control.   And there was -- and very candidly,

6   ma'am, by this time there was no way to control it.   And then -- so you're looking at the

7   next steps going forward.

8         Ms. Cheney.   So when you walked into the outer Oval and you saw Molly and

9   Nick Luna, did you say anything to them?

10        The Witness.   I probably said I'm going to the back or words -- just to let them

11  know.   Like, they obviously knew I was going to.   But I didn't ask permission.   I mean, I

12  had the walk-in privilege.   I just went in.

13        Ms. Cheney.   And then when you got back into the back, what did you say?

14        The Witness.   Well, I saw the President watching TV.   And Mark -- I'm pretty

15  sure, Congresswoman, that -- I'm pretty darn sure Mark was there.   And I probably,

16  which I am prone to do, probably said something that was pretty -- like this is really

17  expletive deleted, and probably said something like that.   And then at that time I was

18  trying to figure out where do you go to next.

19        Ms. Cheney.   So this would have been -- but you don't know exactly what time

20  this was?

21        The Witness.   Ma'am, ma'am, I really don't.   I don't know at all.   I'm not sure.

22        Ms. Cheney.   But it's moments -- moments it sounds like after you first saw -- did

23  you -- was the TV on in your office when you sat down to eat your sandwich or you

24  turned it off and sat down?

25        The Witness.   Did I see the what?

1      A    No.  Matt Pottinger did.

2      Q    Did you participate in any calls with Homeland Security?

3      A    No.

4      Q    Did you participate in any calls with the FBI?

5      A    No.

6      Q    Okay.  How about the Department of Justice?

7      A    No and --

8      Q    All right.  And --

9      Mr. George.  Did you have a question?

10          BY MR. HEAPHY:

11     Q    You were just about to talk about messaging and Kayleigh McEnany.

12     A    Uh-huh.

13     Q    Was the conversation that you mentioned with her occurring right after

14   Mr. Pottinger picked up the phone?

15     A    Yeah, and part of the conversation was, to the best of my recollection, is,

16   what are you -- you get the President out there saying something.

17     Q    Yeah.

18     A    And the question was, do you do a press conference?  I know I very

19   strongly recommended do not.

20     Q    Stop for a minute.  Who was involved in this conversation?

21     A    It was me.  It was me and Kayleigh.

22     Q    Just the two of you.

23     A    Tim, there were other people in the outer Oval.

24     Q    Uh-huh.

25     A    And I don't know who was there.

1        Q    Uh-huh.

2        A    You know, there may have been -- Matt was there.  Molly was there.  Nick

3  Luna was there.  Mark Meadows even may have been.  And the reason I said that is

4  because press conferences tend to get out of control, and you want to control the

5  message.

6           So I said I didn't think -- I didn't think a tweet was appropriate.  And the reason I

7  didn't think a tweet was appropriate, my experience that I had had in riots is most people

8  are not checking their offense.  You know, they're trying to do something stupid.

9           So I said you probably ought to put something out that will hit on the news or

10  something that you can relay or people will pick up on there, saying what's happening,

11  going on.

12       Q    Okay.

13       A    So my point was it needs to be relatively quick.  It needs to be visual to get

14  it out there.  And then a fallback is always your tweets.  But I remember saying very

15  distinctly, boy, I don't recommend a press conference --

16       Q    Yeah.

17       A    -- because they, are, my experience in 4 years, there wasn't a single clean

18  press conference we had.

19       Q    Was Ms. McEnany asking your advice about --

20       A    No, I was just making a comment to her because Kayleigh was a really very,

21  very effective and exceptional spokesman.  She understood mass media --

22       Q    Okay.

23       A    -- because she came from mass media --

24       Q    Uh-huh.

25       A    -- with her time as CNN.

1    A    I'm sorry.   Yes, I did.   I'm sorry.   I did talk to her on the 6th and the 7th,
2    and I talked to her both days.
3    Q    All right.   Let's focus on the 6th and not the early morning stuff but in the
4    afternoon.
5    A    Yeah, and I said, my recommendation to her was to go back and talk to her
6    dad.
7    Q    Why did you think that was necessary?
8    A    Do you see how I phrased it?   I didn't say go talk to the President.   I said
9    go talk to your dad because -- and I have a daughter.   My experience, when daughters
10   talk to dads, generally they listen to daughters more than they listen to their sons.   And I
11   think she was very close to her dad.
12        My experience in 2016 during the campaign, when Ivanka Trump would say "the
13   candidate wanted this," you listened.   But when she said "my dad wanted this," we
14   really listened.
15        So I knew there was a phrase that we use, and I think you had to make it personal.
16   And I recommended that she go talk to her dad about it.
17   Q    What did you want her to talk to her dad about?
18   A    Just the whole situation, to basically talk from daughter to father.   And I
19   was not present for any of the conversations.
20   Q    Understood.   So you didn't participate in those conversations --
21   A    No.
22   Q    -- between Ivanka --
23   A    No.
24   Q    -- and the President.
25        But, I mean, for you to suggest she go talk to him, there had to have been a reason

1  why.   What did you want the outcome of that to be?

2      A    Well, the reason is because there's nobody closer to Donald J. Trump than

3  his daughter, Ivanka.

4      Q    Understood.   Did --

5      A    It's daughter to father.

6      Q    Did you think that she could help get him to a place where he would make a

7  statement to try to stop this?

8      A    Yes.

9      Q    And was it your concern that --

10      A    No.   Dan, you -- there was no way for the President to stop it.   This thing

11  was out of control.   I don't care if you were God.   You couldn't control it.   To do

12  something about it is a different story.

13      Q    Understood.   So you thought that Ivanka could get her father to do

14  something about it.

15      A    To take a course of action.

16      Q    And what did you think that course of action --

17      A    Whatever it was, to put some controls on it.

18      Q    And would the course of action have the intended effect of -- I know you say

19  it can't be stopping what was going on but somehow --

20      A    Calming the situation down.

21      Q    Okay.

22      A    You know, do it so -- do it so you don't lose the Capitol, you know.   What I

23  mean by losing it, somebody being really stupid.   You know, you got Chewbacca running

24  around out there, whatever his name was, you know, getting those guys out the Capitol.

25  You know, do something like that.

1  Q  Did she go and talk to her father?

2  A  Yes.

3  Q  Did she tell you about that conversation?

4  A  No. I didn't ask her either.

5  Q  All right. How many times did she go talk to him?

6  A  I think at least twice.

7  Q  And understanding you don't know what was said necessarily, did that cause
8  the President to do anything?

9  A  I don't know.

10  Mr. Wood. And did she say anything to you about what she said to her father?

11  The Witness. No. And I didn't ask.

12  Mr. Heaphy. So this is kind of --

13  Ms. Cheney. General Kellogg, what did you say to her?

14  The Witness. Ma'am, I said, when I talked to Ivanka, from my experience with
15  her, I knew she could talk to the President as her dad and say, you know, I think, you
16  know, words to the effect: You know, Ivanka, this is time to go in as a daughter to a dad
17  and go talk to him. That's about all I said.

18  And -- and what I thought was admirable is I know she did it because I saw her
19  walk right by me into the Oval. So I know she did it. And, later on, I know she
20  had -- she had done it again because, as I was wandering to the West Wing, she had come
21  out of the Oval again. So I noticed.

22  That's why I said she did it twice. She may have done it more than twice, but I
23  know she did it twice. And that's the reason -- that's when I think -- for everybody to
24  understand, I thought she was, you know, that day I thought she was -- did everything
25  that you would want somebody like -- something my daughter would do or somebody

1     that would -- had the best interest and everybody to do.    I thought she did it.

2             Ms. Cheney.    I was really struck by you said she was a hero that day, and I

3     wonder if you could explain that --

4             The Witness.    Yeah.

5             Ms. Cheney.    -- a little bit more.

6             The Witness.    My experience was -- and this goes back to 4 years that, any time

7     you talked to the President, if it was a tough situation, and that you had to have the

8     ability and the courage to go forth and say what you believed to be, even if it went

9     against the grain of happening.    You walked in there, and you say this is what's going on.

10            And I think she basically went in there, knowing she was talking to her dad and

11    talked as you would expect a daughter to do, which is talk very hard.    And I think,

12    because of that and everything we were watching in the White House, I think she was

13    willing to go to the mat on more than one occasion and basically do a repeat attack.    I

14    don't -- maybe that's a bad word to use -- repeat discussion with her father.    And I give

15    her, as anybody, I would give people, credit for that.

16            Ms. Cheney.    And go to the mat or do a repeat discussion about what?    You

17    didn't say to her what you wanted her to go talk to him about?

18            The Witness.    No, ma'am.    Ma'am, I just said that, you know, I think

19    that -- words to the effect of talk to him about what was going on.

20            Ms. Cheney.    And so presumably the first time she went in, it wasn't sufficient or

21    she wouldn't have had to go back at least one more time, I assume.    Is that correct?

22            The Witness.    Well, yes, ma'am.    I think she went back there because Ivanka

23    Trump can be pretty tenacious.    And I think she went back in on more than one occasion

24    to try to get a sense of -- sense of what was going on.    And I think she just -- that's just,

25    my experience, that's her nature.

1    And, by the way, ma'am, I'm not -- I can only say she went in twice.   She may

2    have gone in more, but I wasn't around all the time to watch the goings and comings.

3    That's something that maybe Molly would have seen or Nick Luna would have seen, but I

4    wouldn't have.

5        Ms. Cheney.   Okay.   Thank you.

6        BY MR. HEAPHY:

7    Q    So sounds like a trump card, like -- pardon the pun -- you don't play this card

8    unless it's really necessary or really important.   Did you encourage Ivanka to go speak to

9    him because of some resistance that you had either observed yourself or perceived from

10    others about his inaction or what he should be doing on January 6th?

11    A    No.   I think it was one of those that Ivanka could bring raw truth to an

12    issue.   And I thought if there was any advisor in the White House in 4 years that could

13    talk to her dad as a dad, it was Ivanka.   It wasn't Jared.   It wasn't me.   It wasn't

14    anybody.   It was a daughter to a dad.   I saw it in the campaign --

15    Q    Yeah.

16    A    -- in 2016.   So I knew she was the hold card.

17    Q    Yeah, totally appreciate that and appreciate the fact that the daughter can

18    get through in some ways that others can't.   But why was it necessary?   Why was it

19    that Mark Meadows and Kayleigh McEnany and Keith Kellogg and everybody else who

20    was there, talking to him over the course of the day, weren't enough whereas you had to

21    play the hold card?

22    A    We're not blood.

23    Q    But what was he not doing, General Kellogg, that you wanted Ivanka to

24    convince him to do?

25    A    Nobody -- when you say "not doing," look, we were in unchartered territory.

1   I don't know.   I mean, none of us knew really.   My only point was, based on what my

2   experience, was that this was a situation that was truly out of control and you couldn't do

3   anything about it, because all of my experience, once you breach security, once they got

4   inside the Capitol, you basically had to let it burn itself out to the most part because,

5   because the control, the police, the law enforcement had been overwhelmed.   So

6   there's nothing you could do.   So now you're going to mitigation.   What do you do

7   next?

8           And what I'm saying by blood is nobody had that blood relationship.   We were

9   advisors.   Okay.   We weren't family, and there's a huge difference.

10      Q   Yeah, again, I completely understand.   You mentioned that you would send

11  Ivanka in when you needed something against the grain or in a tough situation.   Your

12  words 2 minutes ago.

13      A   Uh-huh.

14      Q   What were you looking for her to do in this situation that was against the

15  grain?

16      A   Well, no, I said if -- she -- to go against the grain meaning if -- to develop the

17  situation, advise her father on maybe this is what you need to do going forward that

18  would resonate because she was the daughter.

19           For example, if I would have said, you know, "You need to do A," maybe that was

20  the recommendation as an advisor, nothing happened.   Meadows would say, "Do A,"

21  nothing would happen as the chief of staff.   She walks in the door and she says, "Dad,

22  you need to do A," it's a different tone.   And I saw that in 5 years.

23      Q   And is that what you were looking for here?

24      A   Yes.

25      Q   He didn't say yes to Mark Meadows or Kayleigh McEnany or Keith Kellogg,

1    but he might say yes to his daughter.

2    A    Exactly right.

3    Q    And what's the yes?   What were you looking to get him to do?

4    A    Well, to basically the next steps is, how do you control the situation?   Calm

5    it down.

6    Q    Right.

7    A    Do you do it by, you know, a phone call?   Do you do it by a tweet?   Do you

8    do it by a TV appearance?   What do you do to do it?   But to do it.

9    Q    Right.   And it sounds to me --

10   A    And, as I say, he did it.

11   Q    I understand.   I don't mean -- I don't mean to interrupt you.

12   A    No.

13   Q    But it sounds, General Kellogg, to me like you only need the hold card or the

14   trump card if he's resistant to doing the thing that you want him to do.

15   A    But it's understandable because we were in unchartered territory.   So the

16   question is:   What do you do?   And that was, you know, she was the -- when I say the

17   hold card, she was the one to do, move the next step.

18   Q    Okay.

19            BY MR. WOOD:

20   Q    What was the President resistant to doing?

21   A    I didn't say he was resistant.

22   Q    I thought in response to my colleague --

23   A    No, no, we were saying there was no -- we were in unchartered territory.

24   Nobody knew what was going on.   I'm not saying there was resistance.   It was, what

25   step do you take next to mitigate the situation?

1        Q    And do you know whether Ivanka Trump made a recommendation as to
2   what the next step would be?
3        A    I don't.   I never talked to her about it.
4        Q    But based on your description --
5        A    I talked to her about it on the 7th but not on the 6th.
6             Mr. George.   Go ahead.   Do you want to say?
7                 BY MR. WOOD:
8        Q    Well, okay.   What did she say to you on the 7th then?
9        A    Yeah, I walked up to her on the 7th.   And I went into her office on the third
10  deck, and I told her I appreciated what she did that day and by talking to her dad.   And I
11  said:   You know, I just thought what you did was to me pretty heroic.
12            And I said -- and she said:   Well, my dad's stubborn.
13            And I said:   Your whole family's stubborn.
14       Q    You said to Ivanka Trump:   I appreciate what you did.
15            What is it that she did?
16       A    She went and talked to her dad.
17       Q    And said what?
18       A    I don't know.
19       Q    So you -- you appreciated the mere fact that they spoke to each other
20  without any knowledge of what the content was that they discussed?
21       A    Well, later, later, subsequently.   Remember there was something that was
22  put out on a tweet or we had a -- I think it was a visual put out, the fact that she did.   So
23  something happened.
24       Q    So do you draw some inference --
25       A    It's an inference, yeah.

1   Q   -- that her conversation with the President may have contributed to the
2   President issuing a tweet?
3   A   John, it is an inference.   The answer is yes.
4   Q   Okay.   Did anybody to your knowledge ask the President of the United
5   States to make any kind of statement, whether by tweet or otherwise, asking the rioters
6   to leave the Capitol?
7   A   I think -- I think they did, John.   I don't know.   I think -- I would have -- that
8   would be something in Mark Meadows's lane or Kayleigh's lane and to them.   It was not
9   in mine, and it was not made to me.   But I would assume they did that because
10  something was done later on.   There was a tweet, I believe a tweet, put out later.   And
11  there was a video taken later that I think he did -- I think he did in the Rose Garden, I
12  think.
13          Ms. Cheney.   General Kellogg, you said just a few minutes ago that the President
14  was not resistant.   But then you said that, when you thanked Ivanka the next day, she
15  said to you:   My father's stubborn.
16          So could you explain to us what the difference is?
17          The Witness.   Well, I think the big difference is it takes multiple times to convince
18  him to do something.   And I think that's what I was getting at is when -- that was a
19  comment I -- it was -- the comment was I think when she made the comment stubborn is
20  to get him to do something.   And that was my follow-on comment about the whole
21  family.
22          Ms. Cheney.   So that's why she had to go in multiple times to get him to do
23  something.
24          The Witness.   I would assume so, but she went in.   I -- and I know she went in a
25  couple of times.   I know that.