**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-3271-CJN |
| | ) |
| NANCY PELOSI, et al. | ) |
| | ) |
| | ) |

# Exhibit J

| BEGBATES | ENDBATES | All Custodians | MasterDate | Chat Name | Chat Message Type | Chat Direction | From | To | Extracted Text |
|---|---|---|---|---|---|---|---|---|---|
| MM014456 | MM014456 | Mark Meadows | 12/31/2020 8:27 | '+19292608777 | Message | Incoming | '+19292608777 | '+18282002544 | We can't lose the entire WH counsels office. I do NOT see January 6 happening the way he is being told. After the 6 th. He should announce will lead the nationwide effort to reform voting integrity. Go to Fl and watch Joe mess up daily. Stay engaged. When he speaks people will listen. |