**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARK MEADOWS, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-3271-CJN |
| | ) | |
| NANCY PELOSI, et al. | ) | |
| | ) | |
| | ) | |

# Exhibit K

| BEGBATES | ENDBATES | All Custodians | MasterDate | Chat Name | Chat Message Type | Chat Direction | From | To | Extracted Text |
|---|---|---|---|---|---|---|---|---|---|
| MM014858 | MM014858 | Mark Meadows | 1/5/2021 22:29 | '+19292608777 | Message | Incoming | '+19292608777 | '+18282002544 | Im very worried about the next 48 hours |
| MM014859 | MM014859 | Mark Meadows | 1/5/2021 22:29 | '+19292608777 | Message | Incoming | '+19292608777 | '+18282002544 | Pence pressure. WH counsel will leave. |