**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS,<br><br>   *Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, et al. | )<br>)<br>)<br>)<br>) Case No. 1:21-cv-3271-CJN<br>)<br>)<br>)<br>) |

# Exhibit L

| BEGBATES | ENDBATES | All Custodians | MasterDate | Chat Name | Chat Message Type | Chat Direction | From | To | Extracted Text |
|---|---|---|---|---|---|---|---|---|---|
| MM014503 | MM014503 | Mark Meadows | 1/1/2021 16:17 | '+15127202661 | Message | Incoming | '+15127202661 | '+18282002544 | If POTUS allows this to occur... we're driving a stake in the heart of the federal republic... |