**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> NANCY PELOSI, et al. ) <br> ) <br> ) | Case No. 1:21-cv-3271-CJN |

# Exhibit M

| BEGBATES | ENDBATES | All Custodians | MasterDate | Chat Name | Chat Message Type | Chat Direction | From | To | Extracted Text |
|---|---|---|---|---|---|---|---|---|---|
| MM014864 | MM014864 | Mark Meadows | 1/5/2021 23:27 | '+19375097356 | Message | Incoming | '+19375097356 | '+18282002544 | On January 6, 2021, Vice President Mike Pence, as President of the Senate, should call out all electoral votes that he believes are unconstitutional as no electoral votes at all -- in accordance with guidance from founding father Alexander Hamilton and judicial precedence. "No legislative act," wrote Alexander Hamilton in Federalist No. 78, "contrary to the Constitution, can be valid." The court in Hubbard v. Lowe reinforced this truth: "That an unconstitutional statute is not a law at all is a proposition no longer open to discussion." 226 F. 135, 137 (SDNY 1915), appeal dismissed, 242 U.S. 654 (1916).  Following this rationale, an unconstitutionally appointed elector, like an unconstitutionally enacted statute, is no elector at all. |
| MM014869 | MM014869 | Mark Meadows | 1/6/2021 7:30 | '+19375097356 | Message | Outgoing | nccongressman@gmail.com | '+19375097356 | I have pushed for this. Not sure it is going to happen |