IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21-cv-3271-CJN |
| NANCY PELOSI, et al. | ) |

# Exhibit N

| BEGBATES | ENDBATES | All Custodians | MasterDate | Chat Name | Chat Message Type | Chat Direction | From | To | Extracted Text |
|---|---|---|---|---|---|---|---|---|---|
| MM014567 | MM014567 | Mark Meadows | 1/2/2021 15:44 | '+14049008792 | Message | Incoming | '+14049008792 | '+18282002544 | Need to end this call |
| MM014568 | MM014568 | Mark Meadows | 1/2/2021 15:44 | '+14049008792 | Message | Incoming | '+14049008792 | '+18282002544 | I don't think this will be productive much longer |
| MM014569 | MM014569 | Mark Meadows | 1/2/2021 15:44 | '+14049008792 | Message | Outgoing | nccongressman@gmail.com | '+14049008792 | Ok |
| MM014570 | MM014570 | Mark Meadows | 1/2/2021 15:44 | '+14049008792 | Message | Incoming | '+14049008792 | '+18282002544 | Let's save the relationship |
| MM014571 | MM014571 | Mark Meadows | 1/2/2021 15:50 | '+14049008792 | Message | Incoming | '+14049008792 | '+18282002544 | Thank you. Wow. |