**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-3271-CJN |
| ) | |
| NANCY PELOSI, et al. ) | |
| ) | |
| ) | |

# Exhibit O

| BEGBATES | ENDBATES | All Custodians | MasterDate | Chat Name | Chat Message Type | Chat Direction | From | To | Extracted Text |
|---|---|---|---|---|---|---|---|---|---|
| MM014099 | MM014099 | Mark Meadows | 12/26/2020 19:24 | '+17176485679 | Message | Incoming | '+17176485679 | '+18282002544 | Mark, just checking in as time continues to count down. 11 days to 1/6 and 25 days to inauguration. We gotta get going! |
| MM014100 | MM014100 | Mark Meadows | 12/26/2020 19:55 | '+17176485679 | Message | Incoming | '+17176485679 | '+18282002544 | Mark, you should call Jeff. I just got off the phone with him and he explained to me why the principal deputy won't work especially with the FBI. They will view it as as not having the authority to enforce what needs to be done. |
| MM014101 | MM014101 | Mark Meadows | 12/26/2020 20:04 | '+17176485679 | Message | Outgoing | nccongressman@gmail.com | '+17176485679 | I got it. I think I understand. Let me work on the deputy position |
| MM014102 | MM014102 | Mark Meadows | 12/26/2020 20:05 | '+17176485679 | Message | Incoming | '+17176485679 | '+18282002544 | Roger. Just sent you something on Signal |
| MM014103 | MM014103 | Mark Meadows | 12/26/2020 21:00 | '+17176485679 | Message | Incoming | '+17176485679 | '+18282002544 | Just sent you an updated file |
| MM014178 | MM014178 | Mark Meadows | 12/28/2020 11:23 | '+17176485679 | Message | Incoming | '+17176485679 | '+18282002544 | Did you call Jeff Clark? |