**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21-cv-3271-CJN |
| NANCY PELOSI, et al. | ) |

# Exhibit T

1
2
3
4    SELECT COMMITTEE TO INVESTIGATE THE
5    JANUARY 6TH ATTACK ON THE U.S. CAPITOL,
6    U.S. HOUSE OF REPRESENTATIVES,
7    WASHINGTON, D.C.
8
9
10
11   INTERVIEW OF:    CHRISTOPHER CHARLES MILLER
12
13
14
15                                    Friday, January 14, 2022
16
17                                    Washington, D.C.
18
19
20        The interview in the above matter was held via Webex, commencing at 10:00 a.m.
21        Present:   Representatives Lofgren, Murphy, Raskin, Aguilar, Cheney, and
22   Kinzinger.

| | | |
|---|---|---|
| 1 | | Did you -- was there any attempt by you to contact anyone at the White House to get the |
| 2 | | former President to issue a statement to order folks to leave the Capitol? |
| 3 | A | I was -- I did not, no. |
| 4 | Q | And did you have any communication with any -- with the President that |
| 5 | day? | |
| 6 | A | I did not have any communication with the President that day.   I know we |
| 7 | | had some calls to the White House, so that was kind of my vehicle for -- or they were on |
| 8 | | our -- on some calls, so I felt like I knew what was going on. |
| 9 | Q | Apart from the interagency calls that are in the outline later that day around |
| 10 | | 6 or 7, did you have any direct contact with Mark Meadows? |
| 11 | A | No. |
| 12 | Q | No? |
| 13 | A | No. |
| 14 | Q | Were you aware of Mr. Patel's conversations with Mr. Meadows that day? |
| 15 | A | No, I was not. |
| 16 | Q | Did he convey anything to you as far as what the White House was |
| 17 | communicating? | |
| 18 | A | No, he did not. |
| 19 | Q | Publicly, Mr. Patel has stated that he was -- they were -- we, he said we -- I |
| 20 | | don't know who the we is -- were on the phone with Meadows all day. |
| 21 | | Would you be included in that? |
| 22 | A | I was not.   No, I was not. |
| 23 | Q | Did you speak to the Vice President that day? |
| 24 | A | Yes, and it's in the timeline.   I can't remember if he called or I -- he called |
| 25 | me. | |