**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21-cv-3271-CJN |
| NANCY PELOSI, et al. | ) |

# Exhibit U

1

2

3

4    SELECT COMMITTEE TO INVESTIGATE THE

5    JANUARY 6TH ATTACK ON THE U.S. CAPITOL,

6    U.S. HOUSE OF REPRESENTATIVES,

7    WASHINGTON, D.C.

8

9

10

11   INTERVIEW OF:   RYAN MCCARTHY

12

13

14

15                          Friday, February 4, 2022

16

17                          Washington, D.C.

18

19

20        The interview in the above matter was held in Room 4480, O'Neill House Office

21   Building, commencing at 9:59 a.m.

22        Present:   Representative Raskin.

1   timing of the former President's tweets and your approval time of 4:32? There's been
2   some reports that there's a correlation there. I want to give you the chance to respond
3   to that.
4       A   It's absurd. It had nothing to do with that.
5       Q   Did it have any impact on your team, any --
6       A   None.
7       Q   We talked a lot about the authorities that happened on that day from the
8   Secretary of Defense down to you. Did you need -- did you or Secretary Miller need any
9   additional authorities from President Trump on January 6th?
10      A   It was -- Secretary Miller and General Milley had that discussion on that
11  Sunday that I'd referenced, and it was their understanding that they had the authority
12  delegated down to them, or to the Secretary Miller, excuse me, not General Milley.
13      Q   Could President Trump have taken any action that would have increased the
14  response time of the D.C. National Guard?
15      A   At that point, it was in Secretary Miller's hands.
16      Q   But if President -- you did not have any contact with President Trump,
17  correct?
18      A   No.
19      Q   Secretary Miller testified he did not have any contact with President Trump.
20  I guess my question is, if Secretary -- if President Trump had called you or Secretary Miller
21  and said, let's go, let's get these folks moving, would it have impacted the response time?
22      A   I'd say, we're working on it, Mr. President. We've got to know what we're
23  supposed to do. I mean, that was -- we wanted to be deliberate in how we employed
24  them and make sure we got it right. I mean, there were a lot of people calling us to
25  hurry, the Speaker, a lot of other very senior people, but we wanted to do it the right