**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )   Case No. 1:21-cv-3271-CJN |
| | ) |
| NANCY PELOSI, et al. | ) |
| | ) |
| | ) |

# Exhibit V

Message

| | |
|---|---|
| **From:** | OmniTen@omnibuffalo.com [OmniTen@omnibuffalo.com] |
| **Sent:** | 12/22/2020 1:10:39 PM |
| **To:** | congressnc@gmail.com |
| **CC:** | lucy3413@hushmail.com; Rhelen0528@gmail.com |
| **Subject:** | PIRs_RFIs_for_Election_Fraud_22DEC2020.docx |

Mr Meadows,

Reference our conversation in your office yesterday afternoon, this is the National Asset Tasking request to support EO 13848.

The resultant information will be critical for POTUS and ODNI to complete the required investigation.

V/R
Phil Waldron
210-240-7114

Sent from ProtonMail mobile

12/21/2020

# Priority Intelligence Requirements
# And
# Requests for Information

Under the Authority vested in the President of the United States in Article 2 of the US Constitution and Cybersecurity Executive Orders of 2017 and 2018, the following Departments and Agencies are hereby directed to search their internal and/or shared databases as well as immediately task collection assets (personnel, tools, resources) to provide detailed information and/or discovery of foreign nation-state adversaries or their proxies attempting to interfere with or influence the United States National Election.

- National Security Agency
- National Reconnaissance Office
- Department of Homeland Security
- Federal Bureau of Investigation
- Department of the Treasury
- Drug Enforcement Agency

Any and all pertinent information will be forwarded to the Hon. John Ratliff, Director of National Intelligence and Acting SECDEF Chris Miller.  Department and Agency heads will detail what databases were queried and what actions have been taken to complete the following:

1. Each Agency and their subordinate or affiliate offices, determine if there were any communications between any foreign-based location to servers that were used in the US election from 1 AUG 2020 to receipt of this tasking (with specific focus placed on 03 NOV 2020 0800EST to 4 NOV 2020 0600EST); provide the metadata records (FROM IP, FROM PORT, TO IP, TO PORT, PROTOCOL, DURATION, FILE SIZE) of the communications along with any additional contextual data explaining the nature of the communications, including the duration of the session, and size of the data transfer where available.
2. Conduct deliberate traffic analysis on the IP addresses and domain names below (Appendix A), seeking data transfer to/from the hostname to any foreign based entities.
3. Each Department and Agency is tasked to Coordinate with US Treasury FINCEN or other financial intelligence activities undertaken by the US Government for any contract data (to include bankruptcies, lawsuits, notification of foreign investment or ownership) that indicates foreign sales or involvement in transactional data between Cuban, Venezuelan, and Chinese nationals, Chinese controlled business concerns, or members of the Chinese Communist Party (CCP).
4. Using list from Dominion Systems below (and any in-house databases) conduct database search of Mr. Jorge Rodriguez, former Venezuelan Minister of Communications.  Search for connections to Khalil Majid Mazoub (a known front man for Venezuelan intelligence), and possibly Antonio Mugica (Smartmatic CEO) of Caracas, Venezuela.

MM002283

5.  Telephonic and Email and Meta Data Connections between SGO Corporation, Staple Street, UBS, SVS Holdings, Smartmatic, Sequoia Voting, Dominion, ESS Voting

Each Department and Agency is directed to check their databases for any indication of information on the following entities (see Appendix A). Each Department and Agency is encouraged to conduct inter agency coordination, and foreign partners, where appropriate.

# __Task to US Treasury Department__

Determine, to the greatest extent possible, the ownership, influence, and interference of foreign based Election/Voting Systems companies and their attempts to circumvent CFIUS, as referenced in 2012 Bankruptcy proceedings (see: Case #10-24238 HRT before the US Bankruptcy Court for the District of Colorado, Debtor: SVS Holdings, Inc, Filed: 10/05/2012). Determine, to the greatest extent possible, the use of Venezuela as a proxy for the Chinese Communist Party (CCP) and its global reach with shell corporations and money laundering activities, attempting to gain a foothold in United States national critical infrastructure, as described in subsequent Presidential Executive Orders of 2017 and 2018.

Specifically:

1. On Friday, September 21, 2012, Smartmatic filed two motions seeking alternative relief: (a) authority to prosecute avoidance actions; (b) appointment of a Chapter 11 trustee; or (c) conversion of the case to Chapter 7. Smartmatic's motions are largely designed to increase litigation leverage for a pending action Smartmatic initiated against Dominion Voting Systems, Inc. ("**Dominion**") in Delaware involving allegations of $20 million in damages.

2. The principal parties in this dispute—Debtor, Smartmatic, Dominion, Sequoia Voting Systems, Inc. ("**Sequoia**"), and Mr. Jack Blaine—were or are engaged in the business of selling voting systems worldwide. While sometimes transacting with one another and attempting to partner with one another in various configurations, the parties have also largely been in direct competition, seeking to sell voting systems to local and national governments worldwide. As with any competitive business, some thrive, and others fail.

3. Debtor and its wholly-owned operating company, Sequoia, failed. Smartmatic thrived, and continues to do so.

4. Debtor filed this bankruptcy hoping to resolve and end a variety of longstanding disputes between itself and Smartmatic. Smartmatic is Debtor's largest creditor. Leading up to and through bankruptcy, Smartmatic has largely dictated Debtor's course.

5. **Debtor is a holding company. Other than officers, it never had any employees, and its only operation was management of its debts, books, and records. Its sole asset was and remains its stock in Sequoia, its wholly-owned subsidiary**.

6. Debtor acquired Sequoia from Smartmatic in 2007. Prior to Smartmatic's ownership, Sequoia's roots stretch back over a century to the introduction of the first lever-action mechanical voting systems. By the 1980s, Sequoia was a pioneer in the area of electronic voting systems. Smartmatic

purchased Sequoia in 2005. Jack Blaine, a Smartmatic employee at the time, assisted in the acquisition. By 2006, Mr. Blaine was the president of Sequoia, then still owned by Smartmatic.

7. **In 2006, various political issues arose, and United States authorities became aware that Sequoia, through Smartmatic, was indirectly owned by Venezuelan citizens**. The U.S. Committee on Foreign Investment in the United States ("**CFIUS**") began reviewing Smartmatic's purchase of Sequoia.

8. To resolve potential issues with CFIUS, in 2007, Smartmatic transferred Sequoia to a new company formed for the acquisition, owned by U.S. citizens who were part of Sequoia's management. The new company was Debtor, and Debtor's majority shareholder was Mr. Blaine.

9. Smartmatic has long sought and desired to keep the terms of the Sequoia sale to Debtor confidential. Confidentiality agreements thus prevent disclosure of the specific terms herein. Nevertheless, Debtor can disclose that as a component of the sale terms, Debtor was obligated to make certain payments to Smartmatic, among other obligations.

# Designated Individuals and Organizations for National Security Emergency Tasking, Review of Present Holdings, and Tailored Access

### Individuals:

1. Khalil Majib Mazoub
   Hezbollah and Iran Nexus to Maduro regime – significant DEA holdings on him

2. Jorge Rodriguez Gomez
   Former Vice President Venezuela under Chavez
   Mastermind of Election Subversion Ops with SGO Corporation Leadership US 2020 possible

3. Delcy Rodriguez Gomez
   Current Vice President de la Republica Bolivariana de Venezuela

   *NOTE: Subjects 2 and 3 hate US because US backed forces killed their father in 1976*

4. Omar Jose Montilla Castillo

5. Lord Mark Malloch Brown
   Chairman of the Board of Directors of SGO

12/21/2020

6. Sir Nigel Knowles
   Global CEO of DLA Piper (Saudi Arabia)
   Board of Directors of SGO Corporation

7. David Giampaolo
   Board of Directors of SGO

8.  Paul Neffenger
    Smartmatic USA Board Member

9. Arturo Varona
   US Passport 711661612
   Only non-Venezuelan employee of Smartmatic Panama

10. Camilo Andres Mendez Chong
    Smartmatic Panama

11. Federico Arnao Mila De La Roca
    Connections to Dominion, Smartmatic, Sequoia in Canada and USA and Venezuela
    DOB 22 SEP 1972
    SSAN 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
    46 North Park Drive
    Toronto, ON, Canada
    (647)342-4484
    (647)907-7905
    farnao@gmail.com
    McClellan11@Hotmail.com

12. Gustavo Reyes (multiple known aliases)
    Gustavo Reyes Zumeta
    Gustavo Jesus Reyes Zumeta Cordoba
    Gustavo Reso
    DOB 19 May 1962
    US Passport 444730879
    Possible Current Address:
    11308 Walnut Creek Court
    Oakton, VA. 22124
    (703) 273-6615
    Other possible phones:
    (703) 649-1688
    (703) 749-0290
    (703) 389-7912

MM002286

12/21/2020

13. Antonia Jose Mujica Rivero
   SGO Corporation Limited, UK
   Antonia M. Mugica
   Affiliated with Smartmatic establishment and creation
   Worked with Malloch Brown to stand up SGO Corporation
   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
   amugica@panagroup.com
   offman-boca@Smartmatic.com
   amugica@Smartmatic.com
   571-482-7296
   561-862-0747
   561-482-7296


14. Roger Pinate
   SGO Corporation Limited, UK
   Smartmatic Founder
   Extensive Travel to US and Worldwide


15. Carlos Rafael Ramirez
   Smartmatic Philippines operations
   +50762359670
   crramirez@gmail.com

16. Eric Coomer (US Person)
   Dominion Voting Systems
   Affiliated with ANTIFA

17. Gregory Meeks (US Person)
   Khalil Majib Mazoub's daily contact in New York City
   Meeks conducts CI operations for this network

18. Leopold Jose Martinez Nucete (US Person or Duel Citizen)
   LatinVictory
   Narco lawyer with ties to Maduro and Chavez regimes
   Former Venezuelan Congressman


**Organizations:**
Smartmatic Panama, S.A. as software coordinator and laundering hub

Smartmatic USA
Boca Raton, Florida
6400 Congress St.

MM002287

12/21/2020

Boca Raton, FLA

Dominion Voting Systems
Denver and Toronto

Telephonic and Email and Meta Data Connections between SGO Corporation, Staple Street, UBS, SVS Holdings, Smartmatic, Sequoia Voting, Dominion, ESS Voting

# JIATF-South

- Request Threat Network Analysis Cell (TNAC) support
  - Contract for historical data for net flow across the Internet
  - Analyze telco traffic
  - Task JIATF-South to operate on behalf of this effort

12/21/2020

# APPENDIX A

## Dominion Voting Systems (US Company) https://www.dominionvoting.com/

| Hostname | IP Address | Netblock Owner |
|---|---|---|
| belgrade.dominionvoting.com | 82.117.198.54 | SERBIA-BROADBAND-AS Serbia BroadBand-Srpske Kablovske mreze d.o.o. ASN31042 Serbia |
| colorado.dominionvoting.com | 23.236.62.147 | GOOGLE ASN15169 United States |
| denver.dominionvoting.com | 204.132.219.214 | CENTURYLINK-US-LEGACY-QWEST ASN209 United States |
| dvsfileshare.dominionvoting.com | 204.132.121.11 | CENTURYLINK-US-LEGACY-QWEST ASN209 United States |
| ex2013.dominionvoting.com | 206.223.190.87 | BEANFIELD ASN21949 Canada |
| fileshare.dominionvoting.com | 204.132.121.10 | CENTURYLINK-US-LEGACY-QWEST ASN209 United States |
| ftp.dominionvoting.com | 69.172.237.100 | COGECO-PEER1 ASN13768 Canada |
| online.dominionvoting.com | 69.172.237.110 | COGECO-PEER1 ASN13768 Canada |
| toronto.dominionvoting.com | 206.223.168.94 | BEANFIELD ASN21949 Canada |
| dominionvoting-com.mail.protection.outlook.com | 104.47.70.110 | MICROSOFT-CORP-MSN-AS-BLOCK ASN8075 United States |

MM002289

12/21/2020

## ES&S (US Company) https://www.essvote.com/

| Hostname | IP Address | Reverse DNS | Netblock Owner |
|---|---|---|---|
| alwaysonvpn1.essvote.com | 66.37.226.5 | esstestvpn.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 |
| dashcam.essvote.com | 204.16.233.177 | 204-16-233-177.integratedsolutions.net | INTEGRATEDSOLUTIONS ASN32132 United States |
| dott.dims.essvote.com | 66.60.180.37 | 037.180-60-66.DIA-subnet.surewest.net | SUREWEST ASN14051 United States |
| essballottracker.essvote.com | 66.37.226.13 | essballottracker.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| essconnect.essvote.com | 66.37.226.68 | essconnect.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| essportalone.essvote.com | 66.37.226.24 | essportalone.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| essportalthree.essvote.com | 66.37.226.29 | wsip-66-37-226-29.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| esstestvpn.essvote.com | 66.37.226.5 | esstestvpn.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| essvote.com | 104.24.108.21 | | CLOUDFLARENET ASN13335 United States |
| essvote.com | 104.24.108.21 | | CLOUDFLARENET ASN13335 United States |
| itrak.essvote.com | 66.37.226.21 | itrak.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| jrapp.essvote.com | 66.37.226.32 | sp.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| ksvrqa.essvote.com | 66.37.226.38 | ksvrqa.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| legacy.essvote.com | 66.37.226.36 | wsip-66-37-226-36.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| m2.essvote.com | 66.37.226.14 | m2.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| mail1.essvote.com | 66.37.226.19 | mail1.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| micollab.essvote.com | 66.37.226.50 | wsip-66-37-226-50.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| mitelmbg.essvote.com | 66.37.226.50 | wsip-66-37-226-50.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| muca.essvote.com | 66.37.226.70 | muca.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |

MM002290

12/21/2020

| | | | |
|---|---|---|---|
| muca2.essvote.com | 66.37.226.74 | muca2.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat0.essvote.com | 66.37.226.50 | wsip-66-37-226-50.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat1.essvote.com | 66.37.226.51 | wsip-66-37-226-51.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat2.essvote.com | 66.37.226.52 | wsip-66-37-226-52.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat3.essvote.com | 66.37.226.53 | wsip-66-37-226-53.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat4.essvote.com | 66.37.226.54 | wsip-66-37-226-54.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat5.essvote.com | 66.37.226.55 | wsip-66-37-226-55.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat6.essvote.com | 66.37.226.56 | wsip-66-37-226-56.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat7.essvote.com | 66.37.226.57 | wsip-66-37-226-57.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat8.essvote.com | 66.37.226.58 | wsip-66-37-226-58.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nat9.essvote.com | 66.37.226.59 | wsip-66-37-226-59.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| nmvrqa.essvote.com | 66.37.226.39 | nmvrqa.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| ns1.essvote.com | 66.37.226.12 | wsip-66-37-226-12.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| printmanager.essvote.com | 66.37.226.6 | printmanager.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| psv.essvote.com | 66.37.226.4 | wsip-66-37-226-4.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| sft-test.essvote.com | 66.37.226.8 | sft-test.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| sft.essvote.com | 66.37.226.61 | sft.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| shop.essvote.com | 64.73.195.53 | shop.essvote.com | CYBERCON ASN7393 United States |
| sp.essvote.com | 66.37.226.32 | sp.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| support.essvote.com | 66.37.226.22 | support.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| uolsales.essvote.com | 66.37.226.72 | wsip-66-37-226-72.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |

12/21/2020

| | | | |
|---|---|---|---|
| vlmviewer.essvote.com | 66.37.226.15 | vlmviewer.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| vpn1.essvote.com | 66.37.226.68 | essconnect.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| vpn2.essvote.com | 66.37.226.66 | vpn2.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| vpn3.essvote.com | 66.37.226.2 | wsip-66-37-226-2.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| webmail.essvote.com | 66.37.226.36 | wsip-66-37-226-36.om.om.cox.net | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| webresults.essvote.com | 66.37.226.18 | webresults.essvote.com | ASN-CXA-ALL-CCI-22773-RDC ASN22773 United States |
| webstore.essvote.com | 67.37.226.11 | | ATT-INTERNET4 ASN7018 United States |

MM002292

12/21/2020

**Hart Intercivic (US Company) https://www.hartintercivic.com/**

| Hostname | IP Address | Reverse DNS | Netblock Owner |
|---|---|---|---|
| cpanel.hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| cpcalendars.hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| cpcontacts.hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| dev17.hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| webdisk.hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| webmail.hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| whm.hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| www.dev17.hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| www.hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |
| hartintercivic.com | 172.81.117.226 | vps34155.inmotionhosting.com | IMH-IAD ASN54641 United States |

MM002293

12/21/2020

## Scytl (Spain-based company) https://www.scytl.com/en/

| Hostname | IP Address | Reverse DNS | Netblock Owner |
|---|---|---|---|
| Scytl.com Staging.scytl.com | 52.57.209.147 | ec2-52-57-209-147.eu-central-1.compute.amazonaws.com | Amazon Technologies Inc. (AT-88-Z) Frankfurt, Germany |
| agm.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| alm.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| bck.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| bomarkham.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| crl.scytl.com | 217.111.178.69 | | COLT COLT Technology Services Group Limited ASN8220 Spain |
| demo.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| dmspre.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| edemocracy-experience.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| elections.scytl.com | 217.14.38.114 | 114.38.14.217.t-synset.com | T-SYSTEMS-ELTEC ASN30892 Spain |
| epropagande.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| hrm.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| inside.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| invote.scytl.com | 185.166.213.190 | f6dcda04-c907-479a-9035-d067f0fcd456.clouding.host | CLOUDING ASN49635 Spain |
| jira-test.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| levelup.scytl.com | 52.20.236.134 | ec2-52-20-236-134.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| mail.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| mail3.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| mielectionspro2014.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |
| mta-sts.owa.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET ASN55002 United States |

MM002294

12/21/2020

| | | | |
|---|---|---|---|
| mysite.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| mysitepre.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| ots.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| owa.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| owasp.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| owasppre.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| panoramix.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| pnyx.scytl.com | 217.111.179.113 | | COLT COLT Technology Services Group Limited<br>ASN8220 Spain |
| ppm.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| premi2014.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| prepnyx.scytl.com | 217.111.179.114 | | COLT COLT Technology Services Group Limited<br>ASN8220 Spain |
| prototype.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| smtp1.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| smtp2.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| staging.invote.scytl.com | 185.166.212.13 | a735355b-9fa6-4be6-8acf-f94e085115fb.clouding.host | CLOUDING<br>ASN49635 Spain |
| stargate.scytl.com | 213.229.182.50 | | COLT COLT Technology Services Group Limited<br>ASN8220 Spain |
| support.scytl.com | 213.27.248.118 | | COLT COLT Technology Services Group Limited<br>ASN8220 Spain |
| test.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| vsplunk.scytl.com | 205.178.189.131 | wf.networksolutions.com | DEFENSE-NET<br>ASN55002 United States |
| www.scytl.com | 52.57.209.147 | ec2-52-57-209-147.eu-central-1.compute.amazonaws.com | AMAZON-02<br>ASN16509 Germany |

MM002295

12/21/2020

| | | | |
|---|---|---|---|
| dns102.register.com | 207.204.21.62 | | DEFENSE-NET ASN55002 United States |
| dns101.register.com | 207.204.40.61 | | DEFENSE-NET ASN55002 United States |
| scytl-com.mail.protection.outlook.com | 104.47.10.36 | mail-db5eur030036.inbound.protection.outlook.com | MICROSOFT-CORP-MSN-AS-BLOCK ASN8075 Ireland |

## ClarityElections (Part of Scytl)

| Hostname | IP Address | Reverse DNS | Netblock Owner |
|---|---|---|---|
| adams-co.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| arapahoe-co.connect.clarityelections.com | 52.1.225.137 | ec2-52-1-225-137.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| bastrop-tx.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| calgary-ab-canada.training.clarityelections.com | 13.226.25.68 | server-13-226-25-68.ewr53.r.cloudfront.net | AMAZON-02 ASN16509 United States |
| capemay-nj.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| chatham-ga.training.clarityelections.com | 23.21.132.216 | ec2-23-21-132-216.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| clarityelections.com | 13.226.25.22 | server-13-226-25-22.ewr53.r.cloudfront.net | AMAZON-02 ASN16509 United States |
| clarityelections.com | 13.227.76.112 | server-13-227-76-112.sfo20.r.cloudfront.net | AMAZON-02 ASN16509 United States |
| coffee-al.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| contracosta-ca.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| contracostaclerk-ca.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| dallas-tx.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| dallas-tx.staging2.connect4.clarityelections.com | 18.213.71.51 | ec2-18-213-71-51.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| denton-tx.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| elections-ab-canada.training.clarityelections.com | 13.226.25.68 | server-13-226-25-68.ewr53.r.cloudfront.net | AMAZON-02 ASN16509 United States |
| enr2.clarityelections.com | 54.225.215.237 | ec2-54-225-215-237.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| galveston-tx.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |

12/21/2020

| | | | |
|---|---|---|---|
| gregg-tx.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| hudson-nj.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| jefferson-tx.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| limestone-al.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| lubbock-tx.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| macoupin-il-new.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| macoupin-il.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| macoupin-il.staging2.connect4.clarityelections.com | 18.213.71.51 | ec2-18-213-71-51.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| madison-al.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| mchenry-il.connect.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| mchenry-il.connect4.clarityelections.com | 3.230.235.41 | ec2-3-230-235-41.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| mchenry-il.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| monmouth-nj.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| monmouthclerk-nj.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| morgan-al.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| ns1.clarityelections.com | 205.251.193.130 | ns-386.awsdns-48.com | AMAZON-02 ASN16509 United States |
| ns2.clarityelections.com | 205.251.193.130 | ns-386.awsdns-48.com | AMAZON-02 ASN16509 United States |
| ns3.clarityelections.com | 205.251.193.130 | ns-386.awsdns-48.com | AMAZON-02 ASN16509 United States |
| oneida-ny.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| results.enr.clarityelections.com | 13.226.25.59 | server-13-226-25-59.ewr53.r.cloudfront.net | AMAZON-02 ASN16509 United States |
| rockwall-tx.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |

MM002297

12/21/2020

| | | | |
|---|---|---|---|
| sarasota-fl.connect.clarityelections.com | 34.230.155.193 | ec2-34-230-155-193.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| shasta-ca.connect.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| soe-pre-wds01.soe-ec2.clarityelections.com | 23.21.71.240 | ec2-23-21-71-240.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| soe-stg-lweb02.soe-ec2.clarityelections.com | 184.72.238.54 | ec2-184-72-238-54.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| soe-virtualmail01.soe-ec2.clarityelections.com | 54.225.172.157 | ec2-54-225-172-157.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| soe-wds01.soe-ec2.clarityelections.com | 54.235.159.49 | ec2-54-235-159-49.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| stcharles-la.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| support.clarityelections.com | 184.72.232.49 | ec2-184-72-232-49.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| testbed2.connect4.clarityelections.com | 52.1.225.137 | ec2-52-1-225-137.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| toronto-on-canada-ws.training.clarityelections.com | 52.86.76.81 | ec2-52-86-76-81.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| ventura-ca.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| voter-ed.demo.clarityelections.com | 18.213.71.51 | ec2-18-213-71-51.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| voter-registration-fl.connect.clarityelections.com | 52.1.225.137 | ec2-52-1-225-137.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| will-il-archive.connect3.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| will-il.connect3.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| wood-tx.connect4.clarityelections.com | 3.223.181.65 | ec2-3-223-181-65.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| www.clarityelections.com | 13.227.76.112 | server-13-227-76-112.sfo20.r.cloudfront.net | AMAZON-02 ASN16509 United States |
| ns1.clarityelections.com | 205.251.195.153 | ns-921.awsdns-51.net | AMAZON-02 ASN16509 United States |
| ns2.clarityelections.com | 205.251.195.153 | ns-921.awsdns-51.net | AMAZON-02 ASN16509 United States |
| ns3.clarityelections.com | 205.251.197.187 | ns-1467.awsdns-55.org | AMAZON-02 ASN16509 United States |
| owa.scytl.com | 18.196.162.197 | ec2-18-196-162-197.eu-central-1.compute.amazonaws.com | AMAZON-02 ASN16509 Germany |

MM002298

12/21/2020

### SmartMatic (US-based company) https://www.smartmatic.com/us/

| Hostname | IP Address | Reverse DNS | Netblock Owner |
|---|---|---|---|
| biometria.smartmatic.com | 34.224.132.178 | ec2-34-224-132-178.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| biometric.smartmatic.com | 34.224.132.178 | ec2-34-224-132-178.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| ciudadesinteligentes.smartmatic.com | 34.224.132.178 | ec2-34-224-132-178.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| dev.smartmatic.com | 104.20.79.36 | | CLOUDFLARENET ASN13335 United States |
| elecciones.smartmatic.com | 34.224.132.178 | ec2-34-224-132-178.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| elections.smartmatic.com | 34.224.132.178 | ec2-34-224-132-178.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| smartcities.smartmatic.com | 34.224.132.178 | ec2-34-224-132-178.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| vera.smartmatic.com | 34.224.132.178 | ec2-34-224-132-178.compute-1.amazonaws.com | AMAZON-AES ASN14618 United States |
| smartmatic-com.mail.protection.outlook.com | 104.47.74.10 | mail-bn8nam080010.inbound.protection.outlook.com | MICROSOFT-CORP-MSN-AS-BLOCK ASN8075 United States |

### KnowInk (US-based company) https://knowink.com/

| Hostname | IP Address | Reverse DNS | Netblock Owner |
|---|---|---|---|
| knowink.com | 192.241.137.228 | | DIGITALOCEAN-ASN ASN14061 United States |
| www.knowink.com | 157.230.177.115 | | DIGITALOCEAN-ASN ASN14061 United States |
| ns-1115.awsdns-11.org | 205.251.196.91 | ns-1115.awsdns-11.org | AMAZON-02 ASN16509 United States |
| ns-1798.awsdns-32.co.uk | 205.251.199.6 | ns-1798.awsdns-32.co.uk | AMAZON-02 ASN16509 United States |
| ns-485.awsdns-60.com | 205.251.193.229 | ns-485.awsdns-60.com | AMAZON-02 ASN16509 United States |
| ns-649.awsdns-17.net | 205.251.194.137 | ns-649.awsdns-17.net | AMAZON-02 ASN16509 United States |

### ElectionSource (US-based company) https://electionsource.com/

| Hostname | IP Address | Reverse DNS | Netblock Owner |
|---|---|---|---|

MM002299

12/21/2020

| electionsource.com | 192.124.249.115 | cloudproxy10115.sucuri.net | SUCURI-SEC ASN30148 United States |
|---|---|---|---|

MM002300