**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) ) ) |
| v. | )    Case No. 1:21-cv-3271-CJN |
| NANCY PELOSI, et al. | ) ) ) ) |

# Exhibit X

```
 1

 2

 3

 4

 5    SELECT COMMITTEE TO INVESTIGATE THE

 6    JANUARY 6TH ATTACK ON THE U.S. CAPITOL,

 7    U.S. HOUSE OF REPRESENTATIVES,

 8    WASHINGTON, D.C.

 9

10

11

12    INTERVIEW OF:   STEVEN A. ENGEL

13

14

15

16                            Thursday, January 13, 2022

17

18                                      Washington, D.C.

19

20

21        The interview in the above matter was held via Webex, commencing at 10:08 a.m.

22        Present:   Representatives Lofgren and Cheney.
```

1   know, I'm sorry, Mr. President, I don't think that there is, you know, there is much we can
2   do.
3   　　　　There was some discussion -- I don't remember who raised it, but just was simply,
4   you know, the notion that criminal investigative techniques would be effective in a
5   contested election is not really -- it's just not the way criminal investigations work.
6   Criminal investigations are under much slower timeframes.
7   　　　　To the extent the question is we should be looking at allegations of election fraud
8   in order to discover the facts that could lead people to change their minds or change their
9   votes or to cancel votes, you know, it's just that the timeframe didn't work.    You know,
10  so, while the Department did look into allegations as they were made, ultimately sort of
11  the tool of doing this is not the way elections are contested.    They're contested in civil
12  courts, and they're contested by the campaigns.    So I think there was some discussion of
13  that.
14  　　　　And then, I mean, Mr. Clark suggested that OLC provide a legal opinion to the Vice
15  President with respect to his authority when it comes to opening the votes as the
16  President of the Senate on January 6th.
17  　　　　And I shot down that idea, but I said -- I said:    That's an absurd idea.    The -- you
18  know, the Vice President is acting as the President of the Senate.    It is not the role of the
19  Department of Justice to provide legislative officials with legal advice on the scope of
20  their duties.    And -- you know, and -- not to mention it was 3 days from the date.    OLC
21  doesn't tend to provide the legal opinions, you know, in those cases, you know, in that
22  short timeframe.
23  　　　　And the President said:    Yeah, no, that's -- that's -- nobody -- nobody should be
24  talking to the Vice President here.    And --
25  　　　　Q    Did you have an understanding as to why the President was saying nobody