**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 1:21-cv-3271-CJN |
| | ) |
| NANCY PELOSI, et al. | ) |
| | ) |
| | ) |

# Exhibit Y

SELECT COMMITTEE TO INVESTIGATE THE

JANUARY 6TH ATTACK ON THE U.S. CAPITOL,

U.S. HOUSE OF REPRESENTATIVES,

WASHINGTON, D.C.

DEPOSITION OF:   JASON MILLER

Thursday, February 3, 2022

Washington, D.C.

The deposition in the above matter was held via Webex, commencing at 10:04 a.m.

Present:   Representatives Aguilar, Lofgren, Murphy, Cheney, and Kinzinger.

1       If we can go to, I believe it's exhibit 76.    And this is, again, just trying to refresh

2    your recollection, but there is -- these are text messages that we've obtained.

3       If you could zoom in, these are text messages at the top, the first four lines there.

4    I believe that's your phone number that's ending in 7940, Mr. Meadows' ending in 2544.

5    The white, just for your reference, indicates a message that you received.    Blue indicates

6    a message that you sent.

7       So Mr. Meadows on November the 11th says, "Who does the software glitch

8    investigation for the campaign.    All of the allegations, to see if they have merit."

9       Do you remember if this was referring to the Dominion issue?

10      A    What was the date on that?

11      Q    November the 11th.

12      A    And that was Wednesday, the 11th?    Is that -- or is it --

13      Q    I believe so.   Yeah.

14      A    Boy, I just don't remember that exchange.    Not to say that it didn't happen.

15   I just -- not something I remember.

16      Q    Do you remember Mr. Meadows expressing an interest in this issue?

17      A    Not in great detail at that time.    Again, any interaction with the chief I think

18   would've been by phone or text or emails.    I think he was still out with COVID.

1
2      [2:20 p.m.]
3              BY MR. GEORGE:
4      Q    And, while we're on Mr. Meadows, let me just ask you, there's some text
5      messages with you and him about spending and ad buys.   And I believe in late
6      December, so jumping forward a little bit, you mentioned -- you told him about an ad buy
7      that you planned to make on various places:   Wisconsin, Georgia, Michigan, national.
8      You said that we had 1.6 million booked on local cable and talking about an overall
9      budget of $5.5 million.
10             Why would you be talking to Mr. Meadows about ad buys and particularly the
11     amount of money spent on ad buys?
12     A    I don't remember that particular conversation with Chief Meadows, and I
13     don't know the context, if he asked me what was happening or if I was proactively letting
14     him know.   So I'd need a little bit more context to know why I was discussing that with
15     him at that point.
16     Q    Okay.   Fair enough.   And that's the extent of that message that I have.
17             But was it -- did Mr. Meadows regularly check in on the campaign spending?
18     A    I mean, I know at various points I had conversations with him about
19     campaign spending.   But, again, I don't know -- that particular exchange, it's just not
20     something that I have great clarity on.
21     Q    Do you know why he was interested in campaign spending?
22     A    Can you put it back out to see, so I can see again what it was that was said?
23     Q    Sure.   That's on page 2 of exhibit No. 76.
24             It's that one right in the middle, and if you would zoom in on that big block of text.
25     A    Could you possibly make that bigger?   I'm sorry.

1  an email exchange.    You did not produce this to us, so I'll give you some time to look at

2  it.    But starting at the bottom -- actually on the very top of page 2, right there.

3       He sends -- Mr. Meadows, using this Gmail address -- and I'll ask you first, do you

4  recognize that as being Mr. Meadows' address?

5       A    At least at that time, yes.

6       Q    All right.    So he sends you an email and says:    Let's have a discussion

7  about this tomorrow and attaches -- you can see on the top of page 2 -- a document

8  called 2020-11-20 Chesbrough Memo on Real Deadline2.pdf.

9       Do you remember getting a memo written by Ken Chesbrough on alternate

10 electors?

11      A    I mean, I remember the name just because it's a little bit goofy, but I don't

12 remember the contents necessarily of the memo.

13      Q    Okay.    So, on December 6, Mr. Meadows sent you that and says:    Let's

14 have a discussion.

15      You respond a few minutes later and say:    You bet.    So you know, Justin and I

16 did on background calls on this very subject with Maria, Levin, Chuck Todd and Margaret

17 Brennan yesterday.    I might be missing one or two others.

18      Can you tell us about that background call you did on this issue with those people?

19      A    Yeah.    I think it was one of the last times, I think, whoever tried something

20 like that where we wanted to communicate that there were still ongoing legal challenges

21 and that the -- I believe that it was around this time that the -- as most of the press corps

22 was saying -- then, again, I think it was the 8th for the safe harbor and maybe the 14th for

23 the electors being certified.    I think that's the right terminology.    They were saying this

24 is basically coming to an end, and I think we were saying that technically the last time that

25 there can be any issues raised is January 6th because that's when actually they count the

1   electoral ballots at the Capitol.

2          And there was an example, I believe it was Hawaii in 1960, where the -- I might be

3   misstating this somewhat, but where the electors voted for one candidate; they went to

4   the other candidate.   So I'm just saying that the final deadline was truly January 6th, as

5   far as any, say, legal issues that might be outstanding, whether it be in the Supreme Court

6   or in other places.

7          Q    Okay.   And that Hawaii example, is that how it was described to you?

8          A    Correct.

9          Q    The way you just described it?

10         A    Yes.

11         Q    Okay.   There's a reference in here that says:   Justin, we should do a

12  national press call tightly focused on this tomorrow, no?

13         Now, I can't see everybody who's on this just by the way it's produced.   So do

14  you think that reference to Justin would have been Justin Clark?

15         A    Most likely.

16         Q    It sounds like Mr. Clark didn't put too much stock into this idea of alternate

17  electors.   So were you guys being told to run with this idea and help coordinate it?

18         A    I don't remember where exactly direction was coming from at that point.

19  But there were a number of ongoing legal challenges and legal issues as things were

20  starting to approach, in particular the Federal level or as they were starting to approach

21  the Supreme Court, but I know, based off of the lack of interest from the reporters that

22  we had chatted through about January 6th and anything extending beyond December,

23  there was little to no interest in anything going forward.

24         Q    Mr. Meadows' response to your email about 10 or 15 minutes later says:   If

25  you are on it, then never mind the meeting.   We just need to have somebody

1      coordinating the electors for States.

2             What did he mean by that, or what did you understand that to mean?

3      A     Can I see the next up, what my response was?

4      Q     It says: Nope, we did the meeting/call. Was just letting you know we'd

5      been working on the PR angle. Free to talk whatever you are tomorrow, Chief.

6      A     So, to the best of my memory, I was communicating that we did need to talk

7      about what was happening on the electors because it was a complete swirl, and there

8      didn't appear to be any clear organization.

9      Q     Okay. And, as far as coordinating the electors, did you understand that to

10     mean actually getting the electors to meet in their respective States and fill out the

11     paperwork and go through with sending the votes?

12     A     I can't speak to what Chief Meadows was specifically saying in that point. I

13     just know that from -- prior to those days, whether that was on the 8th or the 14th, or

14     whenever those people would gather in their respective State capitals, that it was a swirl.

15     No one was in charge. I have no idea how any of the efforts even ended up really

16     coming together. So it was kind of just a -- it was not particularly well organized.

17     Q     Did you have a role in organizing those meetings and efforts?

18     A     Not as far as a turnout of -- or calling individuals and saying: Can you

19     say -- can you be in charge?

20            I don't remember exactly, say, what I heard during that week or say if I was

21     performing any communication support. But I just remember there's this big -- again, I

22     use the word "swirl" because it wasn't clear who was in charge or who was doing what.

23     And then, in some of the States, some people showed up and said that they were the

24     alternate slate of electors.

25     Q     So do you remember anything specific you did do to help make sure that