**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-3271-CJN |
| ) | |
| NANCY PELOSI, et al. ) | |
| ) | |
| ) | |

# Exhibit Z

```
 1
 2
 3
 4
 5    SELECT COMMITTEE TO INVESTIGATE THE
 6    JANUARY 6TH ATTACK ON THE U.S. CAPITOL,
 7    U.S. HOUSE OF REPRESENTATIVES,
 8    WASHINGTON, D.C.
 9
10
11
12    INTERVIEW OF:    BRAD RAFFENSPERGER
13
14
15
16                            Tuesday, November 30, 2021
17
18                            Washington, D.C.
19
20
21         The interview in the above matter was held in Room 4480, O'Neill House Office
22    Building, commencing at 10:01 a.m.
23         Present:   Representatives Schiff, Lofgren, Raskin, Aguilar, Cheney, and Kinzinger.
```

1    trying to understand the transcript.   So thank you.

2                   BY MR. WOOD:

3        Q    If you then look at exhibit 11 entitled, "3rd Third Strike Against Voter Fraud

4    Claims Means They're Out After Signature Audit Finds No Fraud."

5             This was like a release by your office describing the findings of the Cobb County

6    audit.   Feel free to look at that if you want.   But, in general, what were the findings of

7    the audit of Cobb County?

8        A    We took a random sample of approximately 15,000 ballots of the total

9    150,000 Cobb County ballots, and we found two envelopes that were not handled

10   appropriate, should have been flagged by the county election officials.   They were, in

11   both cases, signed by spouses.

12            One of the people that signed, their spouse had a health issue.   The other one is

13   just they got confused or what have you, but it should have been picked up.

14            But that turned out that we had a 99 percent confidence, you know, level in that.

15   So, in effect, there was no fraud in the absentee ballot process.

16       Q    To your knowledge, when Mr. Meadows went to Cobb County and watched

17   the audit going on, did he express any concerns to your staff about the way they were

18   conducting the audit?

19       A    I don't believe I heard any complaints from my -- relayed to me through my

20   staff that Mr. Meadows had.

21       Q    So if you look at exhibit 12, these are -- appear to be text messages.   First

22   one is an iMessage, Thursday, November 19th, 6:56 a.m.   It appears to be to you.

23            "Mr. Secretary, Mark Meadows here.   If you could give me a brief call at your

24   convenience.   Thank you."

25            Do you remember receiving that?

1  A Yes.

2  Q Did you call him?

3  A No.

4  Q Why not?

5  A I didn't know it was him.

6  Q Okay.   Did you think it was somebody else?

7  A It could have been.   I had a big spam folder at that time.   So all the people
8 sending me nastygrams, you know, that they were in my unknowns, I guess, and they
9 were over there.   But I happened to see that, so I just kind of tucked it away.

10  Q Okay.   And then the next message is Saturday, December 5th, at 8:16 a.m.,
11 "Mr. Secretary, can you call the White House switchboard at 202-757-6000.   For a call.
12 Your voicemail is full," coming again from someone purporting to be Mark Meadows.

13  A Right.

14  Q So do you remember getting that one?

15  A I do.

16  Q And what was your reaction to that one?

17  A Maybe it is him.

18  Q Okay.   So what did you do?

19  A I let it sit there.

20  Q For how long?

21  A I never got back to him.

22  Q Okay.   So as you sit here today, do you know how many times either
23 Mr. Meadows or people at the White House on behalf of the President tried to reach
24 you?

25  A I believe these two, to me directly.   I know that there was calls into our

1    office.   But they got left in the general mailbox and, you know, just didn't get picked up,

2    probably because we had so many other calls.   But it was just one of those things.

3         Q    And was that because people in your office didn't believe it was really the

4    White House or the President calling?

5         A    I don't know what their reasons were, but my reason was -- I learned this on

6    city council.   It was drilled into our heads that when you're on city council, you don't get

7    involved in policing investigations.   If you have any questions, you go to the city

8    manager and you talk to them about any concerns you have.

9         And so we had ongoing investigations.   We also had lawsuits with the Trump

10   team and the Trump campaign and all these other organizations, and I just didn't feel that

11   that was the appropriate channel to go.   That they had their attorneys, we have our

12   attorneys, and we'll follow the process, we'll follow the law, and the results will be what

13   the results will be.

14        Q    So does that mean that you believed that, even if it was, in fact, the

15   President or someone on his behalf trying to reach you, that you did not want to talk to

16   them?

17        A    That is correct.

18        Q    Okay.   But eventually you did.

19        A    Yes.

20        Q    Okay.   Can you tell us how that came about?

[2:08 p.m.]

Mr. Raffensperger.   I was on the Neil Cavuto show, and we were talking about the election.   And I think -- I shared some data points with FOX News, Neil Cavuto, and I said that there was 20,000 Georgians, Republicans, that voted in the June primary that did not come out and vote in the November election, and I shared that about 19,000 -- Senator David Perdue got 19,000 more votes in the metropolitan area than President Trump, and in the Republican congressional areas the Republican Congressmen got about 33,000 more votes than President Trump.

And I believe that President Trump was watching FOX News and he didn't care for my comments on those three data points.

BY MR. WOOD:

Q   So what happened?

A   So my deputy secretary called me, Jordan Fuchs called, and said, "The President wants to talk to you."   And so, "Me?"   He says, "Yeah, Mark Meadows called.   The President wants to talk to you."   I don't want to do that.   And just tell him, you know, we're just not interested in doing that.

So she called him back and said --

Q   Called who back?

A   Mark Meadows.

Q   Okay.

A   And I gather they had a conversation.   And so she called me back and said, "No, they really want to talk to you."   I said, "I don't want to."   And so she said, "Well, they really want to talk to you."   I said, "We have all these lawsuits going on.   It's not appropriate for me just to talk to the President by myself.   We need to have, you know,