**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARK MEADOWS,

> *Plaintiff*,

> v.

NANCY PELOSI, *et al.*,

> *Defendants*.

No. 1:21-cv-3217-CJN

**[PROPOSED] ORDER**

UPON CONSIDERATION OF Defendants' Motion for Summary Judgment, the

opposition thereto, any reply in support of the Motion, and the entire record herein, it is hereby

ORDERED

That Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's Motion

for Summary Judgment is DENIED.


Dated: _____                         _____
                                          The Honorable Carl J. Nichols
                                          UNITED STATES DISTRICT COURT JUDGE