IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS,<br><br>                      *Plaintiff*,<br><br>     v.<br><br>NANCY PELOSI, *et al.*,<br><br>                      *Defendants*. | No. 1:21-cv-03217 (CJN) |

**DEFENDANTS' MOTION FOR AN EXPEDITED BRIEFING SCHEDULE**

Pursuant to Local Civil Rule 7(b), Defendants the Honorable Nancy Pelosi, the Honorable Bennie G. Thompson, the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, the Honorable Adam D. Kinzinger, and the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, by and through their counsel, respectfully request entry of an expedited briefing schedule on their Motion for Summary Judgment.

Plaintiff filed his initial Complaint, ECF No. 1, on December 8, 2021, and filed an Amended Complaint, ECF No. 13, on April 1, 2022. On April 22, 2022, Defendants filed their motion for summary judgment. ECF No. 15. Currently, under Local Civil Rule 7(b), Plaintiff's opposition would be due on May 6, 2022. Defendants propose that this case is appropriate for resolution via cross-motions for summary judgment and also to expedite briefing as set out below.

Federal courts "shall expedite the consideration of any action . . . if good cause therefor is shown." 28 U.S.C. § 1657(a). As discussed more fully in Defendants' Motion for Summary

Judgment, the Select Committee served Plaintiff with a subpoena for documents and deposition testimony relating to the efforts to challenge the results of the 2020 Presidential election, rallies that occurred in Washington, D.C. leading up to the January 6 rally, and the violent attack on the Capitol that followed.  Plaintiff's refusal to comply with this subpoena is impeding Congress's ability to carry out its constitutional functions, including the ability to legislate.

Time is of the essence in rectifying Plaintiff's refusal to comply with the Select Committee's subpoenas.  The House of Representatives is not a continuing body.  *See Eastland v. U.S. Servicemen's Fund*, 421 U.S. 491, 521 (1975).  The current Congress will end on January 3, 2023—just over eight months from now.  Prompt resolution of this case is required for the Select Committee to have enough time to investigate fully the matters addressed by the subpoenas and to propose—and for Congress to pass—any legislation that it may deem appropriate in response.

Defendants believe that the proposed briefing schedule will ensure an efficient and prompt resolution of this matter, while providing all parties adequate time to brief the relevant issues.  Defendants therefore respectfully request that the Court enter an order adopting the following briefing schedule:

| | |
|---|---|
| Plaintiff's Combined Opposition and Cross-Motion for Summary Judgment | May 10, 2022 |
| Defendants' Combined Opposition to Plaintiff's Cross-Motion and Reply | May 20, 2022 |
| Plaintiff's Reply | May 31, 2022 |

Defendants also request oral argument on these cross-motions be held at the earliest possible date the Court is available following conclusion of the briefing.

Undersigned counsel has conferred with Plaintiff's counsel with respect to the relief requested herein.  Plaintiff's counsel has advised that Plaintiff opposes the relief sought herein.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter
   *General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov
*Counsel for Defendants*

April 27, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter