IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS,<br><br>          *Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, *et al.*,<br><br>          *Defendants*. | No. 1:21-cv-03217 (CJN) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXPEDITED BRIEFING SCHEDULE**

UPON CONSIDERATION OF the Defendants' Motion for an Expedited Briefing Schedule, any opposition thereto, and the entire record herein, it is hereby

**ORDERED** that the Defendants' Motion is **GRANTED**.

The following briefing schedule on cross-motions for summary judgment shall be adopted:

| | |
|---|---|
| Plaintiff's Combined Opposition and Cross-Motion for Summary Judgment | May 10, 2022 |
| Defendants' Combined Opposition to Plaintiff's Cross-Motion and Reply | May 20, 2022 |
| Plaintiff's Reply | May 31, 2022 |

It is so **ORDERED**.

Dated: _____

                                                        _____
                                                        Judge Carl J. Nichols
                                                        UNITED STATES DISTRICT COURT JUDGE