IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER**

Having considered Defendants' motion for an expedited briefing schedule, ECF No. 18, it is hereby

ORDERED that the Defendants' motion is DENIED.

Date: _____  _____
The Honorable Carl J. Nichols
United States District Judge