IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants.* | ) |

**PLAINTIFF'S MOTION TO DENY WITHOUT PREJUDICE OR DEFER RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Mark Meadows, by and through counsel, hereby moves the Court to deny without prejudice or defer its ruling on Defendants' motion for summary judgment, ECF No. 15, pursuant to Rule 56(d) of the Federal Rules of Civil Procedure. There exist many disputed material facts in this matter, including those set forth in the accompanying memorandum of points and authorities in support of the motion. For this reason, Mr. Meadows is entitled to meaningful discovery in this matter.

Pursuant to Local Rule 7(m), counsel for Mr. Meadows has conferred with counsel for Defendants, who intend to oppose this motion. A proposed order is submitted.

Dated: April 29, 2022

Respectfully submitted,
MARK MEADOWS
*By Counsel*

/s/ George J. Terwilliger III
George J. Terwilliger III
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com

Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

2

## CERTIFICATE OF SERVICE

I certify that, on April 29, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ George J. Terwilliger III