IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER**

Having considered Plaintiff's motion to deny without prejudice or defer ruling on Defendants' motion for summary judgment, ECF No. 15, it is hereby

ORDERED that Plaintiff's motion pursuant to Fed. R. Civ. P. 56(d) is GRANTED. Defendants' motion for summary judgment is DENIED WITHOUT PREJUDICE.

Dated: _____

_____
The Honorable Carl J. Nichols
United States District Judge