IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MEADOWS,

                *Plaintiff*,

v.

NANCY PELOSI, *et al.*,

                *Defendants*.

No. 1:21-cv-03217 (CJN)

**DEFENDANTS' NOTICE WITHDRAWING MOTION FOR AN EXPEDITED BRIEFING SCHEDULE**

Defendants moved for an expedited briefing schedule on their motion for summary judgment on the grounds that this case should be resolved quickly and without discovery, and with the assumption that Plaintiff would also move for summary judgment. *See* ECF 18. Rather than attempt to resolve this matter expeditiously, Plaintiff now proclaims a need for discovery and has told this Court he believes summary judgment is "premature." ECF 19, 20. Because Plaintiff does not now intend to seek a cross-motion for summary judgment, and because the Local Rules already facilitate expeditious resolution of Defendants' motion for summary judgment, Defendants withdraw their motion for an expedited briefing schedule on cross-motions for summary judgment. *See* ECF 18.

Under the applicable Local Rules, Plaintiff's opposition is due Friday, May 6, and Defendants' reply is due Friday, May 13. *See* LCvR 7(b), (d). With a swift hearing date, that schedule will still allow for timely resolution of this case.

Defendants stand by their original view that this case can and should be resolved without discovery. In any event, it is important that this case is resolved quickly to assure that it is not

used as a tactic for Plaintiff to delay or otherwise obstruct the Select Committee's investigation. The D.C. Circuit has emphasized "Congress's uniquely vital interest in studying the January 6th attack on itself to formulate remedial legislation and to safeguard its constitutional and legislative operations." *Trump v. Thompson*, 20 F.4th 10, 17 (D.C. Cir. 2021), *cert. denied*, 2022 WL 516395 (U.S. Feb. 22, 2022) (No. 21-932).  Prompt resolution of this case is required to leave the Select Committee sufficient time to fully investigate the January 6 attack and to propose—and for Congress to pass—any legislation that it may deem appropriate in response. This lawsuit should not be a means to interfere with the Select Committee's important work.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter
  *General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov
*Counsel for Defendants*

May 2, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter
