IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**PLAINTIFF'S MOTION FOR AN EXPEDITED ORDER DEFERRING
HIS TIME TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION**

Plaintiff Mark Meadows, by and through his counsel, hereby moves pursuant to Fed. R. Civ. P. 56(d), and specifically the advisory committee's note to the 2010 amendments, for an order deferring the time to respond to Defendants' summary judgment motion. This motion supplements Meadows' previous motion under Rule 56(d) by requesting additional, expedited relief. An accompanying brief and proposed order are attached to this motion. Wherefore, Meadows respectfully asks for an expedited ruling that he need not respond to Defendants' summary judgment motion unless the Court denies his pending Rule 56(d) motion, and then only after a reasonable time following such denial.

Dated: May 3, 2022

Respectfully submitted,
MARK MEADOWS
*By Counsel*

/s/ George J. Terwilliger III
George J. Terwilliger III
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com

Brooks H. Spears<br>
MCGUIREWOODS LLP<br>
1750 Tysons Boulevard, Suite 1800<br>
Tysons, VA 22102<br>
Phone: (703) 712-5000<br>
Fax: (703) 712-5050<br>
bspears@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that, on May 3, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ George J. Terwilliger III