IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:21CV3217 (CJN) |
| ) | |
| NANCY PELOSI, et al., ) | |
| ) | |
| *Defendants*. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR AN EXPEDITED ORDER DEFERRING TIME
TO RESPOND TO DEFENDANTS' SUMMARY JUDGMENT MOTION**

On May 3, 2022, Plaintiff Mark Meadows, filed a motion pursuant to Fed. R. Civ. P. 56(d), and specifically the advisory committee's note to the 2010 amendments, for an order deferring the time to respond to Defendants' pending summary judgment motion. Having considered the parties' briefs, and any argument by counsel, the Court GRANTS Meadows' motion and ORDERS that Meadows need not respond to Defendants' pending summary judgment motion until further Order of this Court.

It is so ORDERED.

_____        _____
Dated                                                                   Judge Carl J. Nichols
                                                                                 U.S. District Court