IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY PELOSI, et al.,<br><br>　　　　Defendants.<br><br>CABLE NEWS NETWORK, INC., et al.,<br><br>　　　　Proposed Intervenors. | Case No. 21-cv-3217-CJN |

**THE PRESS COALITION'S MOTION TO INTERVENE AND UNSEAL**

Pursuant to Rule 24(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7(j), proposed intervenors Cable News Network, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Axios Media Inc., Buzzfeed, Inc. d/b/a BuzzFeed News, CBS Broadcasting Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Gannett Satellite Information Network, LLC, publisher of USA TODAY, Gray Media Group, Inc., Los Angeles Times Communications LLC, publisher of The Los Angeles Times, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, POLITICO LLC, Pro Publica, Inc., Tegna, Inc., and WP Company LLC, d/b/a the Washington Post (the "Press Coalition"), by and through its undersigned counsel, hereby move to intervene in this matter for the limited purpose of seeking access, under the First Amendment and common law, to certain judicial records that have been filed under seal or otherwise not been made available on the public docket (the "Sealed Records"). In support of this motion, the Press Coalition relies on the accompanying

Memorandum of Points and Authorities. As demonstrated in that Memorandum, the Press Coalition's limited intervention in this matter is proper, and the Court should release the Sealed Records under both the First Amendment and common law rights of access.

| | |
|---|---|
| Dated: May 9, 2022 | Respectfully submitted, |
| | BALLARD SPAHR LLP |
| | /s/ *Charles D. Tobin* |
| | Charles D. Tobin (#455593) |
| | Maxwell S. Mishkin (#1031356) |
| | Lauren Russell (#1697195) |
| | 1909 K Street NW, 12th Floor |
| | Washington, DC 20006 |
| | Tel: (202) 661-2200 |
| | Fax: (202) 661-2299 |
| | tobinc@ballardspahr.com |
| | mishkinm@ballardspahr.com |
| | russelll@ballarspahr.com |
| | |
| | *Counsel for the Press Coalition* |