IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NANCY PELOSI, et al.,<br><br>　　　　　Defendants.<br><br>CABLE NEWS NETWORK, INC., et al.,<br><br>　　　　　Proposed Intervenors. | Case No. 21-cv-3217-CJN |

**[PROPOSED] ORDER**

Upon consideration of the motion by the Press Coalition to intervene and unseal, any opposition(s) thereto, and the entire record herein, it is hereby **ORDERED** that:

1. The Press Coalition's motion to intervene, for the limited purpose of seeking access to certain judicial records filed under seal or otherwise not available on the public docket, is GRANTED;

2. The Press Coalition's motion for access to those judicial records is GRANTED; and

3. The Clerk, within 5 days of this Order, shall place on the public docket a copy of the records corresponding with the following docket entries in this matter: 15-6, 16, 16-1, 21, and 24.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge