## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARK MEADOWS,

             Plaintiff,

v.

NANCY PELOSI, et al.,

             Defendants.

CABLE NEWS NETWORK, INC., et al.,

             Proposed Intervenors.

Case No. 21-cv-3217-CJN

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, undersigned counsel for Proposed Intervenors Cable News Network, Inc., American Broadcasting Companies, Inc. d/b/a ABC News, The Associated Press, Axios Media Inc., Buzzfeed, Inc. d/b/a BuzzFeed News, CBS Broadcasting Inc. o/b/o CBS News, Dow Jones & Company, Inc., publisher of The Wall Street Journal, The E.W. Scripps Company, Gannett Satellite Information Network, LLC, publisher of USA TODAY, Gray Media Group, Inc., Los Angeles Times Communications LLC, publisher of The Los Angeles Times, National Public Radio, Inc., NBCUniversal Media, LLC d/b/a NBC News, The New York Times Company, POLITICO LLC, Pro Publica, Inc., Tegna, Inc., and WP Company LLC, d/b/a the Washington Post hereby certify that:

**Cable News Network, Inc.,** is ultimately a wholly-owned subsidiary of Warner Bros. Discovery, Inc., a publicly traded corporation. Warner Bros. Discovery, Inc. has no parent

company and, to the best of Cable News Network, Inc.'s knowledge, no publicly held company owns ten percent or more of Warner Bros. Discovery, Inc.'s stock.

**American Broadcasting Companies, Inc. d/b/a ABC News** is an indirect, wholly-owned subsidiary of The Walt Disney Company, a publicly traded corporation.

**The Associated Press** is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parents, subsidiaries or affiliates that have any outstanding securities issued to the public.

**Axios Media Inc.** has no parent corporation, and Cox Investment Holdings, Inc. and Glade Brook Private Investors XX LP own 10% or more of its stock.

**Buzzfeed Inc. d/b/a BuzzFeed News** is a public company which is traded on Nasdaq under the ticker symbol "BZFD." Ten percent or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded. No other publicly held company owns 10% or more of its stock.

**CBS Broadcasting, Inc.** is an indirect, wholly owned subsidiary of Paramount Global, a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. Paramount Global is not aware of any publicly held entity owning 10% or more of its total common stock, i.e., Class A and Class B on a combined basis.

**Dow Jones & Company, Inc.** ("Dow Jones"), publisher of the Wall Street Journal, is an indirect subsidiary of News Corporation, a publicly held company. Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held company, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct

parent of Ruby Newco, LLC.  No publicly traded corporation currently owns 10% or more of the stock of Dow Jones.

**E.W. Scripps Company** ("Scripps") is a publicly traded company with no parent company.  No individual stockholder owns more than 10% of its stock.

**Gray Media Group, Inc.** is held entirely by Gray Television, Inc., a publicly held corporation.  No entity holds 10% or more of the equity in Gray Television, Inc.

**Los Angeles Times Communications LLC** is a wholly-owned subsidiary of NantMedia Holdings, LLC, which is a privately held company. No company with a 10% or greater ownership share in NantMedia Holdings, LLC is publicly traded.

**National Public Radio, Inc.**, a non-governmental corporate party, has no parent company and issues no stock.

**NBCUniversal Media, LLC d/b/a NBC News** is indirectly owned by Comcast Corporation, which is publicly held.  No other publicly held corporation owns 10% or more of the stock of NBCUniversal Media, LLC.

**The New York Times Company**, a publicly traded company, has no parent company and no publicly held corporation owns 10% or more of its stock.

**POLITICO LLC** is wholly owned by POLITICO Media Group LLC which is, in turn, wholly owned by Axel Springer SE, and no publicly held corporation owns 10 percent or more of its stock.

**Pro Publica, Inc.**, a non-profit corporation, has no parent corporation and issues no stock.

**Tegna, Inc.** has no parent corporation.  No publicly held corporation owns 10% or more of Tegna, Inc.'s stock.

**Gannett Satellite Information Network, LLC**, publisher of USA TODAY, is a subsidiary of Gannett Co., Inc., which is a publicly traded company (NYSE: GCI). BlackRock Inc. owns more than a 10% interest in Gannett Co., Inc.

**WP Company LLC d/b/a The Washington Post** is a wholly owned subsidiary of Nash Holdings LLC, which is privately held and does not have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: May 9, 2022

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballarspahr.com

*Counsel for the Press Coalition*