IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) <br> ) <br> ) |
| *Plaintiff*, | ) <br> ) |
| v. | ) Case No. 1:21CV3217 (CJN) <br> ) |
| NANCY PELOSI, et al., | ) <br> ) |
| *Defendants*. | ) <br> ) |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF THE PAGE LIMITATION**

Plaintiff Mark Meadows, by and through his counsel, hereby moves pursuant to LCvR 7(e), and with the consent of Defendants, to file a combined Memorandum of Points and Authorities in excess of the prescribed page limitation.

1. Under LCvR 7(e), any memorandum of points and authorities in support of or in opposition to a motion is limited to 45 pages.

2. On April 22, 2022, with Plaintiff's consent, Defendants filed a Memorandum of Points and Authorities in Support of Defendants' Motion for Summary Judgment (ECF No. 15) that is 56 pages in length.

3. Simultaneously, Defendants filed a Consent Motion to File an Oversized Memorandum in Support of Defendants' Motion for Summary Judgment (ECF No. 14), which sought the Court's leave to "file a memorandum that does not exceed 60 pages."

4. By Oral Order of May 4, 2022, the Court ordered Plaintiff to his own dispositive motion and a response to Defendants' Motion for Summary Judgment by May 20, 2022.

5. Under LCvR 7(e), Plaintiff would be entitled to 45 pages for each of these two memoranda (one in support of his dispositive motions, and another in opposition to Defendants' dispositive motion).

6. However, in an effort to avoid duplication, and in consideration of judicial efficiency, Plaintiff is filing a single, combined memorandum both in support of his dispositive motions and in opposition to Defendants' dispositive motion.

7. Given the combined filing, the number of arguments raised by Defendants in their oversized memorandum, and the complexity of the legal issues involved, Plaintiff requires additional pages for his combined memorandum.

8. Defendants consent to Plaintiff's filing of a memorandum that does not exceed 60 pages in length.

9. Wherefore, Plaintiff asks the Court for leave to file a Memorandum of Points and Authorities in Support of Motion for Judgment on the Pleadings, or In the Alternative, for Summary Judgment & In Opposition to Defendants' Motion for Summary Judgment that does not exceed 60 pages in length.

Dated: May 20, 2022

Respectfully submitted,
MARK R. MEADOWS
*By Counsel*

/s/ George J. Terwilliger III
George J. Terwilliger III
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com

Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that, on May 20, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ George J. Terwilliger III