**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARK MEADOWS, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| | ) |
| NANCY PELOSI, et al., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
CONSENT MOTION TO FILE MEMORANDUM OF POINTS
AND AUTHORITIES IN EXCESS OF THE PAGE LIMITATION**

On May 20, 2022, Plaintiff filed a consent motion for leave to file a memorandum of points and authorities in excess of the page limitation otherwise prescribed by LCvR 7(e).  Defendants consent to the motion.  Therefore, in the absence of any objection and for good cause shown, the Court GRANTS Plaintiff's consent motion and ORDERS that Plaintiff has leave to file a Memorandum of Points and Authorities in Support of Motion for Judgment on the Pleadings, or In the Alternative, for Summary Judgment & In Opposition to Defendants' Motion for Summary Judgment that does not exceed 60 pages in length.

It is so ORDERED.

_____        _____
DATED                                      THE HON. CARL J. NICHOLS
                                                     U.S. DISTRICT JUDGE