IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

## DECLARATION OF GEORGE J. TERWILLIGER III

I, George J. Terwilliger III, pursuant to 28 U.S.C. § 1746, and Federal Rule of Civil Procedure 56(c)(4), declare as follows:

1. I am over the age of 18 and competent to testify in this matter.

2. I have personal knowledge about the matters stated in this Declaration.

3. I am an attorney with the law firm of McGuireWoods LLP, and we represent Plaintiff Mark Meadows in the above-captioned matter.

4. Based on public reporting, the Select Committee has received from the National Archives and Records Administration one or more documents relating to Mr. Meadows that constitute records created during his tenure as the Chief of Staff for President Trump.

5. During an October 20, 2021 telephone call, I conveyed to counsel for the Select Committee the fact that former President Trump had instructed Mr. Meadows not to testify and to invoke privileges.

6. During a November 29, 2021 telephone call with counsel for the Select Committee, counsel for Mr. Meadows explained that we had no access to Mr. Meadows's complete contact list in order for us to meaningfully review his text messages for appropriate privileges.

7. Upon information, belief, and personal experience, every chief of staff serving a President in the modern era may undertake—and most have undertaken—as part of their duties communicating and deliberating on political matters with the President whom they serve.

8. To the best of my knowledge and belief, no one who serves as counsel to Mr. Meadows in this matter provided any of Mr. Meadows's private text messages for publication to the press.

9. Attached hereto as Exhibit A is a true and accurate copy of the October 6, 2021 letter sent by Justin R. Clark, counsel to former President Trump, to Scott Gast, counsel to Mr. Meadows.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this, the 20th day of May, 2022.

/s/ George J. Terwilliger III
George J. Terwilliger III