IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 1:21CV3217 (CJN) |
| ) | |
| NANCY PELOSI, et al., ) | |
| ) | |
| *Defendants*. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

On April 22, 2022, Defendants moved for summary judgment pursuant to Fed. R. Civ. P. 56(a). On April 29, 2022, Plaintiff moved to deny without prejudice or defer a ruling on Defendants' motion for summary judgment pursuant to Fed. R. Civ. P. 56(d). Then, on May 20, 2022, Plaintiff moved for judgment as a matter of law under Fed. R. Civ. P. 12(c), or in the alternative, for summary judgment under Fed. R. Civ. P. 56(a). Having considered the parties' briefing and evidence, as well as the argument of counsel, the Court:

[PRIMARY OPTION]

GRANTS Plaintiff's motion for judgment on the pleadings, or in the alternative, for summary judgment and DENIES Defendants' motion for summary judgment for the reasons stated at the hearing and in any memorandum opinion. The Court ENTERS judgment as a matter of law for Plaintiff and against Defendants by declaring as follows:

1. The Meadows Subpoena and the Verizon Subpoena (as those terms are defined in the Amended Complaint) are ultra vires, unlawful, and unenforceable;

2. The Meadows Subpoena and the Verizon Subpoena serve no valid legislative purpose and exceed the Select Committee's Constitutional authority;

3. The Meadows Subpoena unconstitutionally compels testimony of a senior executive official and is therefore null, void, and unenforceable; and

4. Plaintiff properly resisted the Meadows and Verizon Subpoenas because they required testimony about matters subject to former President Trump's claim of executive privilege.

In light of the above rulings, the Court also DENIES AS MOOT Plaintiff's pending motion filed pursuant to Fed. R. Civ. P. 56(d).

It is so ORDERED.

[ALTERNATIVE OPTION]

DENIES Defendants' motion for summary judgment, DENIES Plaintiff's motion for judgment on the pleadings, or in the alternative, for summary judgment, and GRANTS Plaintiff's motion filed pursuant to Fed. R. Civ. P. 56(d) for the reasons stated at the hearing an in any memorandum opinion.

It is so ORDERED.

_____          _____
DATED                                THE HON. CARL J. NICHOLS
                                     U.S. DISTRICT JUDGE