IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER DENYING
PRESS COALITION'S MOTION TO INTERVENE**

On May 9, 2022, the Press Coalition filed a motion to intervene in this action pursuant to Fed. R. Civ. P. 24(b). Having the considered the briefing of the Press Coalition and the parties, including Plaintiff's opposition, as well as any arguments of counsel, the Court DENIES the Press Coalition's motion for the reasons stated at any hearing and in any accompanying memorandum opinion.

It is so ORDERED.

_____            _____
DATED                                   THE HON. CARL J. NICHOLS
                                        U.S. DISTRICT JUDGE