# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS,<br><br>                        Plaintiffs,<br><br>    v.<br><br>NANCY PELOSI, *et al.*,<br><br>                       Defendants. | Case No. 1:21-cv-3217-CJN |

## NOTICE OF APPEARANCE

Please enter the appearance of John A. Freedman on behalf of Defendants the Honorable Nancy Pelosi, Speaker of the U.S. House of Representatives, the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, the Honorable Bennie G. Thompson, as Chairman of the House Select Committee to Investigate the January 6th Attack on the U.S. Capitol, and the Honorable Elizabeth L. Cheney, the Honorable Adam B. Schiff, the Honorable Jamie B. Raskin, the Honorable Susan E. Lofgren, the Honorable Elaine G. Luria, the Honorable Peter R. Aguilar, the Honorable Stephanie Murphy, and the Honorable Adam D. Kinzinger, Members of the United States House of Representatives, and the Select Committee to Investigate the January 6th Attack on the United States Capitol.

Date: May 27, 2022

                                        Respectfully submitted,

                                        */s/ John A. Freedman*
                                        John A. Freedman (D.C. Bar No. 453075)
                                        ARNOLD & PORTER KAYE SCHOLER LLP
                                        601 Massachusetts Ave., N.W.
                                        Washington, D.C. 20001
                                        (202) 942-5000
                                        John.Freedman@arnoldporter.com