IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**UNCONTESTED MOTION TO EXTEND THE DEADLINE FOR REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT**

Plaintiff Mark Meadows ("Plaintiff"), pursuant to Fed. R. Civ. P. 6(b)(1)(A), LCvR 7, and the Court's Standing Order for Civil Cases (ECF No. 4 ¶ 9), files this uncontested motion for an extension of the deadline for Mr. Meadows to reply to the Defendants' opposition to his motion for judgment. This motion is filed at least four days prior to the deadline as required by the Court's Standing Order. Pursuant to the Court's order of May 4, 2022, the current deadline for Mr. Meadows's reply is June 3, 2022. Mr. Meadows requests a brief extension to include the weekend following that date. The proposed new deadline would be Monday, June 6, 2022.

Defendants previously requested an extension of time to answer the complaint, which the Court granted on February 17, 2022. Plaintiff previously requested an extension of time to file an amended complaint and joint report and proposed scheduling order. The Court granted that request on March 23, 2022. Both motions, like this one, were unopposed.

Good cause exists for this short extension. First, the federal holiday on Monday, May 30, 2022 creates a shortened work week following Defendants' filing of their opposition today and allows only four business days to draft and file a meaningful reply to Defendants' opposition. And

second, as the Court is well aware, the issues argued in Plaintiff's motion are novel, important, and complex areas of law, including constitutional questions that deserve careful consideration and thorough briefing. Further, the requested extension will not affect any other deadlines in this case, as no other deadlines have been set.

Wherefore, Plaintiff asks the Court to extend the deadline for Plaintiff's reply to June 6, 2022. A proposed order is attached to this uncontested motion.

Dated: May 27, 2022

Respectfully submitted,
MARK R. MEADOWS
*By Counsel*

/s/ George J. Terwilliger III
George J. Terwilliger III
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com

Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that, on May 27, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ George J. Terwilliger III