IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
|     *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
|     *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNCONTESTED
MOTION TO EXTEND THE DEADLINE FOR REPLY TO DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT**

    On May 27, 2022, Plaintiff Mark Meadows filed an uncontested motion to extend the deadline for reply to Defendants' opposition to Plaintiff's motion for judgment. Defendants do not contest Plaintiff's requested extension. Having considered the motion, and for good cause shown, the Court GRANTS Plaintiff's motion and EXTENDS the deadline as follows:

- Plaintiff shall reply to Defendants' opposition to Plaintiff's motion for judgment by June 6, 2022.

It is so ORDERED.

Dated: _____

                                                                              The Hon. Carl J. Nichols
                                                                              U.S. District Judge