IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS,<br><br>        Plaintiff,<br><br> v.<br><br>NANCY PELOSI, *et al.*,<br><br>        Defendants, | Case No. 1:21-cv-3217-CJN |

## DEFENDANTS' RESPONSE TO THE PRESS COALITION'S MOTION TO INTERVENE

Defendants take no position on the motion to intervene (ECF No. 26) filed by the Press Coalition.

Defendants object to Mr. Meadows' allegation (ECF No. 31 at 2, 6-7) that Defendants filed in bad faith Exhibit E to Defendant's Memorandum and Points of Authorities in Support of Defendants' Motion for Summary Judgment (ECF No. 15-6). As Defendants noted in that memorandum (ECF No. 15 at 21-22), Exhibit E, consisting of Mr. Meadows' privilege logs, is relevant to establishing that Mr. Meadows was acting in a non-governmental capacity with regard to numerous post-election campaign efforts. To the extent Mr. Meadows claims that Defendants acted in bad faith by filing the exhibit under seal, Defendants reject that allegation as well. Defendants explained their reasons for filing under seal in their motion to seal (ECF No. 16), which this Court granted (ECF No. 21).

Dated: May 27, 2022            Respectfully submitted,

/s/ *Douglas N. Letter*
DOUGLAS N. LETTER
*General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

-and-

ARNOLD & PORTER KAYE SCHOLER LLP
John A. Freedman (D.C. Bar 453075)
Paul J. Fishman (D.C. Bar 449014)
Amy Jeffress (D.C Bar 449258)
David J. Weiner (D.C. Bar 499806)
John M. Hindley (D.C. Bar 1720648)
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
John.Freedman@arnoldporter.com
Paul.Fishman@arnoldporter.com
Amy.Jeffress@arnoldporter.com
David.Weiner@arnoldporter.com
John.Hindley@arnoldporter.com


SHER TREMONTE LLP
Justin M. Sher (Bar ID NY0320)
Michael Tremonte*
Noam Biale*
Maya Brodziak*
Kathryn E. Ghotbi*
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600
JSher@shertremonte.com
MTremonte@shertremonte.com
NBiale@shertremonte.com
MBrodziak@shertremonte.com
KGhotbi@shertremonte.com

\* Appearing pursuant to 2 U.S.C. § 5571(a).