**SUPPLEMENTAL EXHIBIT 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK MEADOWS,

                Plaintiff,

v.

NANCY PELOSI, *et al.*,

                Defendants,

Case No. 1:21-cv-3217-CJN

**DECLARATION OF SEAN P. TONOLLI**

I, Sean P. Tonolli, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Investigative Counsel to the Select Committee to Investigate the January 6th Attack on the U.S. Capitol ("Select Committee").

2. I make this declaration in support of the Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment And in Opposition To Plaintiff's Motion for Judgment on the Pleadings, or, in the Alternative, for Summary Judgment.

3. I was the primary point of contact with Verizon concerning the Select Committee's November 22, 2020 subpoena seeking certain information related to Mark Meadows's cell phone usage (the "Subpoena"). Specifically, I communicated with a Managing Associate General Counsel for Verizon ("Counsel for Verizon").

4. On or about December 8, 2020, Counsel for Verizon informed me that Mr. Meadows had filed or would be filing shortly the instant lawsuit challenging the Subpoena. Counsel for Verizon explained that Verizon would not produce to the Select Committee the information sought in the Subpoena unless and until Mr. Meadows's lawsuit is resolved in favor of the Select Committee or is otherwise dismissed.

5. To my knowledge, that continues to be Verizon's position with respect to the production of the information sought in the Subpoena.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on May 27, 2022, Washington, D.C.

*/s/ Sean P. Tonolli*
Sean P. Tonolli