**SUPPLEMENTAL EXHIBIT 2**

About   Events   News   Alerts   Contact   SHOP   CONTRIBUTE

# Statement by Donald J. Trump, 45th President of the United States of America

10/13/21

Facebook    Twitter    Email    More

Mark Meadows, our great Chief of Staff during some very exciting White House years, has written a new book entitled *The Chief's Chief*. It is available for pre-order now, and doing really well. If you want to learn about politics, truth, our great administration, and exciting achievements that took place in government, pre-order your copy now. Remember, there has never been an administration like ours. We did things that no other administration even thought they could do. *The Chief's Chief* would make an incredible Christmas present, and with United States supply lines totally dead, and with thousands of ships having no way of unloading because of incompetent leadership, you will have no other thing you can buy anyway. Seriously, it's a fantastic book, and Mark Meadows and his wonderful wife Debbie are great people. Order here.

OTHER NEWS

Save America Announces Program Speakers for Casper, Wyoming

Read More

ICYMI: Truth by Donald J. Trump

Read More

ICYMI: 102 Georgia Counties Can't Produce Drop Box Videos, Surveillance Missing for 181,507 Ballots

Read More

Endorsement of Attorney General Alan Wilson

Read More

ICYMI: Endorsement of Herschel Walker for U.S. Senate

Read More

ICYMI: Endorsement of Sarah Huckabee