IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**PLAINTIFF'S CONSENT MOTION FOR LEAVE
TO FILE REPLY BRIEF IN EXCESS OF THE PAGE LIMITATION**

Plaintiff Mark Meadows, by and through his counsel, hereby moves pursuant to LCvR 7(e), and with the consent of Defendants, to file a reply brief in excess of the prescribed page limitation.

1. Under LCvR 7(e), the page limit for reply briefs is 25 pages.

2. Plaintiff seeks to file a reply brief of no more than 40 pages to address the numerous and complex issues raised thus far in the briefing.

3. Defendants <u>consent</u> to this request.

4. Moreover, Defendants have filed two briefs with a combined page count of 89 pages.  *See* ECF Nos. 15, 35.

5. To date, Plaintiff has filed a single brief that is 47 pages in length.  *See* ECF No. 29-1.  By filing a reply brief of no more than 40 pages, Plaintiff's total page count will still be less than the total page count for Defendants.

6. Wherefore, Plaintiff asks the Court for leave to file a reply brief that does not exceed 40 pages in length.

Dated: June 6, 2022 　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　MARK R. MEADOWS
　　　　　　　　　　　　　　　　　　　　　　　*By Counsel*

　　　　　　　　　　　　　　　　　　　　　　　/s/ George J. Terwilliger III
　　　　　　　　　　　　　　　　　　　　　　　George J. Terwilliger III
　　　　　　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　　　　　　888 16th Street NW, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　　Phone: (202) 857-1700
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 857-1737
　　　　　　　　　　　　　　　　　　　　　　　gterwilliger@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　　　　　Brooks H. Spears
　　　　　　　　　　　　　　　　　　　　　　　McGuireWoods LLP
　　　　　　　　　　　　　　　　　　　　　　　1750 Tysons Boulevard, Suite 1800
　　　　　　　　　　　　　　　　　　　　　　　Tysons, VA 22102
　　　　　　　　　　　　　　　　　　　　　　　Phone: (703) 712-5000
　　　　　　　　　　　　　　　　　　　　　　　Fax: (703) 712-5050
　　　　　　　　　　　　　　　　　　　　　　　bspears@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that, on June 6, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will send notification to all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　/s/ George J. Terwilliger III