IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21CV3217 (CJN) |
| ) | |
| NANCY PELOSI, et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S CONSENT MOTION TO FILE REPLY BRIEF IN EXCESS OF THE PAGE LIMITATIONS**

On June 6, 2022, Plaintiff filed a consent motion for leave to file a reply brief in excess of the page limitation otherwise prescribed by LCvR 7(e). Defendants consent to the motion. Therefore, in the absence of any objection and for good cause shown, the Court GRANTS Plaintiff's consent motion and ORDERS that Plaintiff has leave to file a reply brief that does not exceed 40 pages in length.

It is so ORDERED.

_____     _____
DATED                                                                  THE HON. CARL J. NICHOLS
                                                                                    U.S. DISTRICT JUDGE