IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff,* | ) ) ) ) |
| v. | ) Case No. 21-cv-3217 (CJN) |
| NANCY PELOSI, et al., | ) ) ) ) |
| *Defendants.* | ) ) |

**NOTICE OF APPEARANCE**

Please take notice that Elizabeth J. Shapiro hereby enters her appearance in the above-captioned matter as counsel of record for non-party Department of Justice, for the purposes of providing the Court the United States' Statement of Interest pursuant to 28 U.S.C. § 517. Undersigned counsel hereby certifies that she is personally familiar with the Local Rules of this Court.

Dated: July 15, 2022                             Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIAN D. NETTER
Deputy Assistant Attorney General

/s/ *Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
(D.C. Bar 418925)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12100
Washington, D.C. 20530
Tel: (202) 514-5302
Fax: (202) 616-8470
Email: elizabeth.shapiro@usdoj.gov
*Attorneys for Defendants*