**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MARK MEADOWS,

*Plaintiff*,

v.

NANCY PELOSI, et al.,

*Defendants*.

Case No. 1:21CV3217 (CJN)

**MOTION TO EXTEND PLAINTIFF'S DEADLINES FOR RESPONDING TO THE STATEMENT OF INTEREST AND SUPPLEMENTAL BRIEF**

Plaintiff Mark Meadows ("Plaintiff"), pursuant to LCvR 7 and the Court's Standing Order for Civil Cases (ECF No. 4 ¶ 9), files this motion for an extension of his current July 29, 2022 deadline to respond to the Congressional Defendants' Supplemental Memorandum (ECF No. 40) and the Statement of Interest by the United States (ECF No. 42).

The Congressional Defendants previously requested an extension of time to answer the complaint. Plaintiff previously requested extensions of time to file an amended complaint and joint report and proposed scheduling order, as well as a short extension to reply to the Congressional Defendants' opposition to Plaintiff's motion for judgment. Each of these extension motions was uncontested, and the Court granted each request.

In this instance, however, the Congressional Defendants have provided qualified consent.[1] Plaintiff seeks a simple a one-week extension for responding to the recently filed Statement of

[1] The Congressional Defendants requested that Plaintiff state their position as follows: "The Select Committee does not object to the extension requests if the Select Committee's deadline to file its response to the DOJ brief is set to match Plaintiff's new deadline, and if Plaintiff agrees to seek the soonest possible argument date on the motions that is consistent with Judge Nichols's schedule." Plaintiff considers the issue of timing for a hearing date, if any, as not germane to the request for an extension of time.

Interest and Supplemental Memorandum. Plaintiff has no objection to an equivalent extension for the Congressional Defendants' response to the Statement of Interest, currently set for July 29. Plaintiff offered to Defendant the opportunity to join this motion as a request to extend both parties' briefing deadlines, but Defendant declined by way of providing the position set forth in footnote 1.

Good cause exists for this extension request to allow Plaintiff to appropriately formulate a response to the new and complex legal issues raised in the supplemental briefs. Good cause also exists because a one-week extension would permit Plaintiff a total of three weeks to research and address the issues, which is the same amount of time that the Court allowed for the United States and the Congressional Defendants to formulate and draft their Statement of Interest and Supplemental Memorandum.

The requested extensions will not affect any other deadlines in this case; indeed, no other deadlines have been set.

Wherefore, Plaintiff asks the Court (i) to extend the deadline for his response to the Statement of Interest by the United States up to and including August 5, 2022, and (ii) to extend the deadline for his response to the Congressional Defendants' Supplemental Memorandum up to and including August 5, 2022. A proposed order is attached to this motion.

Dated: July 20, 2022

Respectfully submitted,
MARK MEADOWS
*By Counsel*

/s/ George J. Terwilliger III
George J. Terwilliger III
McGuireWoods LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com

Brooks H. Spears
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I certify that, on July 20, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ George J. Terwilliger III