IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING MOTION TO
EXTEND PLAINTIFF'S DEADLINES FOR RESPONDING TO
THE STATEMENT OF INTEREST AND SUPPLEMENTAL BRIEF**

On July 20, 2022, Plaintiff moved to extend his July 29, 2022 deadline for responding to the Statement of Interest by the United States (ECF No. 42) and the Congressional Defendants' Supplemental Memorandum (ECF No. 40). Having considered Plaintiff's motion, and for good cause shown, the Court GRANTS the motion and EXTENDS the deadlines as follows:

- Plaintiff shall file any response to the Statement of Interest no later than August 5, 2022; and

- Plaintiff shall file any response to the Supplemental Memorandum no later than August 5, 2022.

It is so ORDERED.

Dated: _____           _____
                                        The Hon. Carl J. Nichols
                                        U.S. District Judge