AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Mark Meadows )
*Plaintiff* )
v. ) Case No. 1:21-cv-3217-CJN
Nancy Pelosi, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Mark Meadows

Date: 09/06/2022

*Attorney's signature*

John S. Moran (#1014598)
*Printed name and bar number*

McGuireWoods LLP
888 16th St, NW
Washington, DC 20006

*Address*

jmoran@mcguirewoods.com
*E-mail address*

(202) 828-2817
*Telephone number*

(202) 828-3327
*FAX number*