# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS,<br><br>      *Plaintiff*,<br><br>v.<br><br>NANCY PELOSI, et al.,<br><br>      *Defendants*. | Civil Action No. 1:21-cv-03217 (CJN) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is **ORDERED** that the case is **DISMISSED** without prejudice.

This is a final appealable order.

The Clerk is directed to terminate the case.

DATE: October 31, 2022

_____
CARL J. NICHOLS
United States District Judge