IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

### PLAINTIFF'S MOTION FOR RECONSIDERATION, STAY PENDING RECONSIDERATION, AND REQUEST FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

Plaintiff Mark Meadows by and through his undersigned counsel, hereby

a) Moves pursuant to Federal Rule of Civil Procedure 59(e) for reconsideration of the Court's October 31, 2022 Memorandum Opinion and Order dismissing the case;

b) Moves for a temporary stay of the Court's October 31, 2022 judgment and an administrative injunction preventing enforcement of the subpoenas while the Court considers Mr. Meadows's request for reconsideration; and

c) Requests leave to file within on or before November 18, 2022, a supplemental memorandum in support of his motion for reconsideration.

Though this motion is accompanied by a brief statement of points and authorities to comply with Local Civil Rule 7(a), Mr. Meadows requests leave to file a more detailed memorandum within 14 days of this motion to fully develop and articulate his arguments. This immediate motion and request for stay is required in light of the Congressional Defendants' efforts to enforce the subpoenas despite Mr. Meadows expressed intent to continue this litigation.

Dated: November 2, 2022

Respectfully submitted,
MARK MEADOWS
*By Counsel*

/s/ George J. Terwilliger III
George J. Terwilliger III
John Moran
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com

Brooks H. Spears
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

## CERTIFICATE OF SERVICE

I certify that, on November 2, 2022, a copy of the foregoing was filed on the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ George J. Terwilliger III