IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK MEADOWS, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 1:21CV3217 (CJN) |
| NANCY PELOSI, et al., | ) |
| *Defendants*. | ) |

## ORDER

It is hereby **ORDERED** that the Court's October 31, 2022 Judgment [ECF No. 50] is **STAYED** and Congressional Defendants are temporarily **ENJOINED** from enforcing the subpoenas for the purpose of allowing the Court to consider Plaintiff's Motion for Reconsideration.

Plaintiff's request to file a supplemental memorandum in support of his Motion for Reconsideration is **GRANTED**. Plaintiff shall file his memorandum on or before November 18, 2022. Defendants shall file their response, if any, on or before December 2, 2022.

Date:_____

CARL J. NICHOLS
United States District Judge